| **United States Bankruptcy Court**<br>**Northern District of California** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Magnolia Brewing Company, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Magnolia Pub & Brewery; DBA Smokestack; DBA McLean Breweries** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**45-2467258** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1398 Haight St.**<br>**San Francisco, CA**<br>ZIP Code **94117** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**San Francisco** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☒ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☒ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☒ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Magnolia Brewing Company, LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Magnolia Brewing Company, LLC** |

Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**Ron Bender 143364**
Printed Name of Attorney for Debtor(s)

**Levene, Neale, Bender, Yoo & Brill LLP**
Firm Name

**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
Address

**(310) 229-1234**
Telephone Number
**November 25, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Dave McLean**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual
**November 25, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Northern District of California

In re    **Magnolia Brewing Company, LLC**                Case No. _____

                               Debtor(s)           Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Elisabeth & Robert Rix<br>118 Comstock Road<br>Woodside, CA 94062 | Betsy Rix<br>Elisabeth & Robert Rix<br>118 Comstock Road<br>Woodside, CA 94062<br>(650) 743-3401 | Loan | | 625,000.00 |
| Peter Watler & Daphne Feng<br>235 Berry St. #609<br>San Francisco, CA 94158 | Peter Watler & Daphne Feng<br>235 Berry St. #609<br>San Francisco, CA 94158<br>(415) 235-1911 | Loan | | 360,000.00 |
| Scott Roberts<br>777 Buena Vista Ave. West<br>San Francisco, CA 94117 | Scott Roberts<br>777 Buena Vista Ave. West<br>San Francisco, CA 94117<br>(415) 602-4865 | Loan | | 250,000.00 |
| David Reifsnyder & Jeri Beltman<br>1246 King Drive<br>El Cerrito, CA 94530 | David Reifsnyder & Jeri Beltman<br>1246 King Drive<br>El Cerrito, CA 94530<br>(510) 237-8889 | Loan | | 150,000.00 |
| Nothing Something<br>1994 Hayes Street<br>San Francisco, CA 94117 | Kevin Landwehr<br>Nothing Something<br>1994 Hayes Street<br>San Francisco, CA 94117<br>(646) 221-9972 | Trade services | Disputed | 123,094.00 |
| Thomas Skibo<br>30 Ashbury Ter<br>San Francisco, CA 94117 | Thomas Skibo<br>30 Ashbury Ter<br>San Francisco, CA 94117<br>(415) 504-6773 | Loan | | 100,000.00 |
| Marc Snyder & Emilie Choi<br>555 4th St. #107<br>San Francisco, CA 94107 | Marc Snyder & Emilie Choi<br>555 4th St. #107<br>San Francisco, CA 94107<br>(917) 749-7315 | Loan | | 100,000.00 |
| Eric Heath<br>1531 Spring Drive<br>Wichita, KS 67208 | Eric Heath<br>1531 Spring Drive<br>Wichita, KS 67208<br>(415) 572-0088 | Loan | | 100,000.00 |

In re   **Magnolia Brewing Company, LLC**                                                 Case No.   _____
_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **LoanMe, Inc.**<br>**1900 S. State College Boulevard**<br>**Suite 300**<br>**Anaheim, CA 92806** | **Jamil Albeitawi**<br>**LoanMe, Inc.**<br>**1900 S. State College Boulevard**<br>**Suite 300**<br>**Anaheim, CA 92806**<br>**949-535-7052** | **Loan** | | **75,000.00** |
| **MaltHandling.com, LLC**<br>**6355 N. Broadway**<br>**Suite 16**<br>**Chicago, IL 60660** | **Marc Marashi**<br>**MaltHandling.com, LLC**<br>**6355 N. Broadway**<br>**Suite 16**<br>**Chicago, IL 60660**<br>**773-888-7718** | **Trade** | | **58,600.00** |
| **BiRite**<br>**Attn: Judith Duppman**<br>**123 S. Hill Drive**<br>**Brisbane, CA 94005** | **Judith Duppman**<br>**BiRite**<br>**Attn: Judith Duppman**<br>**123 S. Hill Drive**<br>**Brisbane, CA 94005**<br>**415-656-0187 ext 341** | **Trade** | | **40,759.00** |
| **Pooja Ganesan**<br>**111 S. 15TH Street**<br>**APT 1607**<br>**Philadelphia, PA 19102** | **Pooja Ganesan**<br>**111 S. 15TH Street**<br>**APT 1607**<br>**Philadelphia, PA 19102**<br>**(207) 590-7555** | **Loan** | | **30,000.00** |
| **Sangeetha Ganesan**<br>**2 Maplewood Circle**<br>**Newark, DE 19711** | **Sangeetha Ganesan**<br>**2 Maplewood Circle**<br>**Newark, DE 19711**<br>**(207) 590-7555** | **Loan** | | **30,000.00** |
| **Alfa Laval, Inc.**<br>**PO BOX 123227**<br>**Dallas, TX 75312-3227** | **Ashok Shrivastava**<br>**Alfa Laval, Inc.**<br>**PO BOX 123227**<br>**Dallas, TX 75312-3227**<br>**215 443 4293** | **Trade** | | **28,688.00** |
| **Postcard Communications**<br>**58 Maiden Lane - 3rd Floor**<br>**San Francisco, CA 94108** | **Olga Katsnelson**<br>**Postcard Communications**<br>**58 Maiden Lane - 3rd Floor**<br>**San Francisco, CA 94108**<br>**415-508-6727** | **Trade** | | **25,798.00** |
| **Statco Engineering**<br>**7595 Reynolds Circle**<br>**Huntington Beach, CA 92647** | **Kris Stover**<br>**Statco Engineering**<br>**7595 Reynolds Circle**<br>**Huntington Beach, CA 92647**<br>**714-375-6300** | **Trade** | | **25,092.00** |
| **Brewers Supply Group**<br>**PO Box 74769**<br>**Chicago, IL 60694-4769** | **VERONICA THOMSON**<br>**Brewers Supply Group**<br>**PO Box 74769**<br>**Chicago, IL 60694-4769**<br>**952-465-0576** | **Trade** | | **19,431.00** |

In re   **Magnolia Brewing Company, LLC**                      Case No. _____

                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Country Malt, divsion of Great Western M**<br>**2488 Baumann Avenue**<br>**San Lorenzo, CA 94580** | **Tara Carrol**<br>**Country Malt, divsion of Great Western M**<br>**2488 Baumann Avenue**<br>**San Lorenzo, CA 94580**<br>**360-905-3380** | **Trade** | | **17,675.00** |
| **Branthill Holdings LLC**<br>**1824 Page Street**<br>**San Francisco, CA 94117** | **Teddy Maufe**<br>**Branthill Holdings LLC**<br>**1824 Page Street**<br>**San Francisco, CA 94117**<br>**00 44 (0) 1328 71024** | **Trade** | | **17,040.00** |
| **Asia International, Inc.**<br>**851 Burlway Rd**<br>**Suite 306**<br>**Burlingame, CA 94010** | **Dianne Reyburn-Vigil**<br>**Asia International, Inc.**<br>**851 Burlway Rd**<br>**Suite 306**<br>**Burlingame, CA 94010**<br>**949-269-2331** | **Trade** | | **14,584.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date        11/25/2015                  Signature                                                       

                                                **Dave McLean**<br>                                                **Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re  **Magnolia Brewing Company, LLC**                          Case No.

                                    Debtor(s)            Chapter    **11**

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of   **21**   sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date:   November 25, 2015

Signature of Attorney
**Ron Bender 143364**
**Levene, Neale, Bender, Yoo & Brill LLP**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

ACH CAPITAL LLC
AS AGENT FOR CAP CALL LLC
11 BROADWAY, SUITE 814
New York, NY 10004


Achadinha Cheese
750 Chileno Valley Road
Petaluma, CA 94952


Acme Bread
2730 9th St
Berkeley, CA 94710


Airgas
PO BOX 602792
Charlotte, NC 28260-2792


Alec Moss
819 Burns Court
Pacifica, CA 94044


Alfa Laval, Inc.
PO BOX 123227
Dallas, TX 75312-3227


Amato Architecture
1396 Park Avenue
Emeryville, CA 94608


American Industrial Center South, LLC
2345 Third Street
San Francisco, CA 94107

Amex
Box 0001
Los Angeles, CA 90096


Amy Margolis
35 Dearborn St.
San Francisco, CA 94110


Andrew Ahlers
1701 Jackson St. Apt. 709
San Francisco, CA 94109


Andrew and Emily Perito
1 Baker St. Apt. 2A
San Francisco, CA 94117


Andrew and Emily Wyckoff
218 Amicita Ave.
Mill Valley, CA 94941


Aramark
2680 Palumbo Drive
Lexington, KY 40509


ASCAP
21678 Network Place
Chicago, IL 60673-1216


ASI Administrative Solutions
PO BOX 5809
Fresno, CA 93755

Asia International, Inc.
851 Burlway Rd
Suite 306
Burlingame, CA 94010


Atlas Plumbing and Rooter, Inc.
3311 Mission Street
Unit 165
San Francisco, CA 94110


Auto-Chlor System
PO Box 882823
San Francisco, CA 94188


Bay Edge, Inc.
1456 Fourth Street
Berkeley, CA 94710


Bedrock Wine Co
PO BOX 1826
Sonoma, CA 95476


Belcampo
65 Webster St.
Oakland, CA 94607


Benjamin Barton
1551 Larimer St. #2701
Denver, CO 80202


Benton's Smoky Mountain Country Hams
2603 Highway 411 N
Madisonville, TN 37354

Bi-Rite Market
3639 18th St.
550 Divisadero St.
San Francisco, CA 94110


Biagio
857 Estabrook Street
San Leandro, CA 94577-3439


Bio-Cide International
2650 Venture Dr.
Norman, OK 73069


BiRite
Attn: Judith Duppman
123 S. Hill Drive
Brisbane, CA 94005


Blue Bottle Coffee
300 Webster St
Oakland, CA 94607


BN Ranch
3151 Regatta Blvd
Richmond, CA 94804


Bodhi Restaurant LLC
497 Dolores St. #2
San Francisco, CA 94110


Brad Stephens
1896 Pacific Ave, #PH
San Francisco, CA 94109

Branthill Holdings LLC
1824 Page Street
San Francisco, CA 94117


Bret Okraski
4339 E Meadow Dr.
Phoenix, AZ 85032


Brewers Supply Group
PO Box 74769
Chicago, IL 60694-4769


Brian Ford
711 6th Street
Petaluma, CA 94952


Brian May
2408 Hale Drive
Burlingame, CA 94010


Bruce Tang
84 Whitney St.
San Francisco, CA 94131


Carl Edward Olsen
1388 Haight Street
San Francisco, CA 94117


Caroline Shin & Sean Pak
207 Beach Road
Belvedere, CA 94920

Celebrator Beer News
Po Box 844
Nevada City, CA 95959


Charles McDonald
894 Sunset Road
Winnetka, IL 60093


Chefs Warehouse
PO BOX 601154
Pasadena, CA 91189-1154


Chris Noe
2691 35th Ave.
San Francisco, CA 94116


Chris Olinger
404 SE 78th Ave.
Portland, OR 97215


Cleanscapes SF
2265 Revere Ave
San Francisco, CA 94124


Cooks Company Produce
1942 Jerrold Ave
San Francisco, CA 94124


CORPORATION SERVICE COMPANY,
AS REPRESENTATIVE
P.O. BOX 2576 UCCSPREP@CSCINFO.COM
Springfield, IL 62708

Country Malt, divsion of Great Western M
2488 Baumann Avenue
San Lorenzo, CA 94580


Ctuit, Inc.
773 San Marin Drive
Suite 2320
Novato, CA 94945


Dale P. Ashlock & Debra J. Holcomb
54 Lurline Street
San Francisco, CA 94122


Dark Star
1398 Haight Street
San Francisco, CA 94117


David and Elizabeth Jenson
1565 Sacramento St., Apt. 3
San Francisco, CA 94109


David McConnville
4 Anders Lane
Nashua, NH 03060


David Reifsnyder & Jeri Beltman
1246 King Drive
El Cerrito, CA 94530


Derek Parham
821 Folsom St. Apt. 214
San Francisco, CA 94107

Dermot Stratton
440 Webster St.
San Francisco, CA 94117


Devil's Gulch Ranch
PO BOX 557
Nicasio, CA 94946


DG Langley Farms
PO Box 557
Nicasio, CA 94946


Draft Publishing, LLC
600 University Street
Seattle, WA 98101


E.B. Gilmore & Sons
1325 Egbert Avenue
San Francisco, CA 94124


Eldorado Forklift Company
PO BOX 1163
San Carlos, CA 94070


Elisabeth & Robert Rix
118 Comstock Road
Woodside, CA 94062


EMPLOYMENT DEVELOPMENT DEPARTMENT
PO BOX 826880
Sacramento, CA 94280

Eric Heath
1531 Spring Drive
Wichita, KS 67208


Eric Pearson
1617 Anamor St.
Redwood City, CA 94061


Eric S. Heath
1531 Spring Drive
Wichita, KS 67208


Erich Ziegler
50 Southwood Dr.
San Francisco, CA 94112


FORA FINANCIAL WEST, LLC
242 W 36TH STREET
New York, NY 10018


Freightquote.com
1495 Paysphere Circle
Chicago, IL 60674


Gardienne des Vignes
PO BOX 5149
Napa, CA 94581


Georgopoulos & Economidis
235 Montgomery St.
San Francisco, CA 94104

Goodlight Natural Candles
3150 18th Street Mailbox #504
San Francisco, CA 94110


Green Air Supply, Inc.
216 Puyallup Ave
#111
Tacoma, WA 98421


Hobbs' Applewood Smoked Meats
2777 Yulupa Ave
Santa Rosa, CA 95405


Hog Island Oyster Company
Hwy 1 Box 829
Marshall, CA 94940


Hops-Meister
PO Box 586
Corte Madera, CA 94976


Huntlittlefield
2565 Third Street
San Francisco, CA 94107


Integrity Air Systems
3466 Arden Road
Hayward, CA 94540


Intelligent Window Cleaning
2184 Sutter St. #304
San Francisco, CA 94115

Invisible Sentinel
3711 Market Street
Philadelphia, PA 19104


IRS / OAKLAND
1301 CLAY ST., STE 1000 S
Oakland, CA 94612


IRS/OHIO
P.O. BOX 145595
Cincinnati, OH 45250


Jacob Farkas and Malia Francisco
337 Cypress Ave.
Sunnyvale, CA 94085


James Pilchik
30 Barry Road
Scarsdale, NY 10583


Jason Rodman Jr.
900 Minnesota St. #116
San Francisco, CA 94107


Jay Walsh
38A Delmar St.
San Francisco, CA 94117


Jen Ippolito
52 Church Street
New Paltz, NY 12561

John Hoesley
4117 N Hermitage
Chicago, IL 60613


John J. Meharg
738 Ashbury St.
San Francisco, CA 94117


Jon Rose
PO Box 1482
El Granada, CA 94018


Jonathan Levine
2700 N Racine Ave
Chicago, IL 60614


Josh Goldstein
48 Collins Street
San Francisco, CA 94118


Julia Harris Wasserman and Jeff Wasserma
1324 East Shore Drive
Alameda, CA 94501


Justin Hughes
398 Pennsylvania Ave
San Francisco, CA 94104


Le Sanctuaire LLC
1350 Reynolds #109-110
Irvine, CA 92614

Leadbetters Bake Shop, LLC
2565 3rd St
Suite 308
San Francisco, CA 94107


Light Soda
2291 Palou Ave.
San Francisco, CA 94124-1504


LoanMe, Inc.
1900 S. State College Boulevard
Suite 300
Anaheim, CA 92806


Malcolm McGinnis
1745 Oakdell Drive
Menlo Park, CA 94025


MaltHandling.com, LLC
6355 N. Broadway
Suite 16
Chicago, IL 60660


Marc Snyder & Emilie Choi
555 4th St. #107
San Francisco, CA 94107


Marin Sun Farms
1522 Petaluma Blvd N.
Petaluma, CA 94952


Mark Robertson
1 North Road
Salisbury, NC 28144

Martin Bournhonesque
814A Potrero Ave
San Francisco, CA 94110


Michael Koenig
613 Saint Lawrence Lane
Gibsonia, PA 15044


Michael Laurence
863 Waller St. #8
San Francisco, CA 94117


Michael Oiinger
890 Girard St.
San Francisco, CA 94134


Michael Roberts
301 Montcalm St.
San Francisco, CA 94110


Micromatic
Dept CH 19573
Palatine, IL 60055-9573


Murphy Printing
424 Bryant St
San Francisco, CA 94107


Nancy Kong
170 Park Row, #22A
New York, NY 10038

Navarro Vineyards
Box 47
Philo, CA 95466


Nguyen Revita Urabe Partners, LLC
175 Bluxome St., Unit 128
San Francisco, CA 94107


Noah J. Rosenkrantz
PO Box 537
Bristol, RI 02809


Nothing Something
1994 Hayes Street
San Francisco, CA 94117


OBDC SMALL BUSINESS FINANCE
825 WASHINGTON STREET, SUITE 200
Oakland, CA 94607


Off The Grid Services, LLC
Fort Mason Center
San Francisco, CA 94123


Orchestra Software
15220 NW Greenbrier Pkwy
Beaverton, OR 97006


Paul Brown
2912 Perry St.
Denver, CO 80212

Paul Jasper
38 Bryant Street, #604
San Francisco, CA 94105


Pestec
1555 Yosemite Ave
#46
San Francisco, CA 94124


Petaluma Farms
700 Cavanaugh Lane
Petaluma, CA 94952


Peter Krausa
Threshing Tythe Barn, St. Bartholomew's
Storehouse, UK GL10 3UR


Peter Watler & Daphne Feng
235 Berry St. #609
San Francisco, CA 94158


Pooja Ganesan
111 S. 15TH Street
APT 1607
Philadelphia, PA 19102


Postcard Communications
58 Maiden Lane - 3rd Floor
San Francisco, CA 94108


Regal Wine Company
PO BOX 2160
Windsor, CA 95492-2160

Reliable Plumbing Company
Po Box 885351
San Francisco, CA 94188


Richard Brewer-Hay
798 Elizabeth Street
San Francisco, CA 94114


Robert Evans
3778 20th Street
San Francisco, CA 94110


Roberts Hardware
1629 Haight Street
San Francisco, CA 94117


Roger Hanney & Associates
Po Box 60364
Sacramento, CA 95860


Royal Hawaiian Seafood
213 East Harris Ave
South San Francisco, CA 94080


S.S. Steiner Inc.
Po Box 9009
Yakima, WA 98909-0009


Sangeetha Ganesan
2 Maplewood Circle
Newark, DE 19711

Scott Roberts
777 Buena Vista Ave. West
San Francisco, CA 94117


Sean Noonan
21 Stillman St. Apt. 1
San Francisco, CA 94107


Sean Olson
870 North Point St., Suite #A
San Francisco, CA 94109


Selerum, Inc.
618 S. 8th Street
Richmond, CA 94804


Seltzer Sisters
816 Charter St
Redwood City, CA 94063-3005


Service Experts
280 Frankfort St
Daly City, CA 94014


SF Made
926 Howard Street
San Francisco, CA 94103


Sight Glass
270 7th Street
San Francisco, CA 94103

Sonoma County Poultry
PO BOX 140
Penngrove, CA 94951-0140


Southern Wine & Spirits
PO BOX 742313
Los Angeles, CA 90074-2313


Spicery LLC
372 Bel Marin Keys Blvd
Novato, CA 94949


Statco Engineering
7595 Reynolds Circle
Huntington Beach, CA 92647


Sutton Cellars
PO BOX 15263
San Francisco, CA 94115


The Craft Beer Attorney
3914 Murphy Canyon Rd.
San Diego, CA 92123


The Henry Wine Group
PO BOX 844248
Los Angeles, CA 90084-4248


The Mitzel Group LLP
44 Montgomery Street
San Francisco, CA 94104

The Other Brother
187 Beaumont Ave
San Francisco, CA 94118

Thomas Products-Kentucky
5674 Shepherdsville Rd
Louisville, KY 40228

Thomas Skibo
30 Ashbury Ter
San Francisco, CA 94117

Trimark Economy Restaurant Fixtures
1200 7th Street
San Francisco, CA 94107

Tyco Integrated Security
PO BOX 371967
Pittsburgh, PA 15250-7967

U.S. Pure Water Corp
20 Galli Drive
Novato, CA 94949

Uk Brewing Supplies
Po Box 5316
Lancaster, PA 17606

UNION BANK, N.A.
PO BOX 30115
Los Angeles, CA 90030

Urban Lab Design
1270 Nimitz Ave
Vallejo, CA 94592


V&C Foods
1736 Fitzgerald Ave
San Francisco, CA 94124


Vegiworks
2101 Jerrold Ave
San Francisco, CA 94124


Veritable Vegetable
1100 Cesar Chavez St
San Francisco, CA 94124-1214


White Labs
9495 Candida St
San Diego, CA 92126


Wine Warehouse
PO BOX 45616
San Francisco, CA 94145


YELLOWSTONE CAPITAL WEST LLC
25 DEERWOOD DRIVE
Buffalo, NY 14221

<u>**RESOLUTIONS AUTHORIZING FILING OF CHAPTER 11 BANKRUPTCY**</u>
<u>**CASE AND RELATED MATTERS**</u>

**NOW THEREFORE, BE IT RESOLVED**, that the Managing Member of Magnolia Brewing Company, LLC (the "**Company**"), after having considered the outstanding liabilities and assets of the Company, the Company's inability to meet its debts as they become due, and the Company's fiduciary duties to its creditors and equity holders and alternatives currently available to the Company, has determined that it is advisable and in the interests of the Company, its creditors and its equity holders to file a bankruptcy petition under Chapter 11 of the United States Bankruptcy Code;

**RESOLVED FURTHER**, that John Appel (the "**Responsible Party**") and anyone designated by the Responsible Party, is hereby authorized to execute and cause to be filed a bankruptcy petition (and all related documents and papers) under Chapter 11 of the Bankruptcy Code to enable the Company to commence a Chapter 11 bankruptcy case;

**RESOLVED FURTHER**, that the Responsible Party is hereby authorized and directed, in the name of the Company, to employ the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P. as bankruptcy counsel to the Company for purposes of filing the Chapter 11 bankruptcy petition and representing the Company in its Chapter 11 bankruptcy case;

**RESOLVED FURTHER**, that the Responsible Party is hereby authorized to employ, in the name of the Company, any other professionals to represent or assist the Company in connection with the Company's Chapter 11 bankruptcy case that the Responsible Party deems to be in the best interests of the Company;

**RESOLVED FURTHER**, that the Responsible Party is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings and to take any and all action which the Responsible Party deems necessary and proper in connection with the Company's Chapter 11 bankruptcy case;

**RESOLVED FURTHER**, that the authority granted to the Responsible Party pursuant to the foregoing resolutions to cause the Company to take further actions in connection with the Company's Chapter 11 bankruptcy case shall include, but not be limited to, seeking Bankruptcy Court approval for the Company to use cash collateral and/or to obtain post-bankruptcy financing and executing any agreements related to any of the foregoing; compensating employees; hiring and terminating employees; purchasing products or materials; selling products; entering into or continuing with agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and landlords; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases; commencing and defending litigation involving the Company; marketing the Company's assets for sale and consummating the sale of all or

1

substantially all of the Company's assets for the most money possible; and formulating, filing and seeking to confirm a plan of reorganization.

Dated: November <u>23</u>, 2015

_____
Dave McLean, Managing Member