RON BENDER (SBN 143364)
J.P. FRITZ (SBN 245240)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYB.COM; JPF@LNBYB.COM

Proposed Attorneys for Chapter 11 Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>MAGNOLIA BREWING COMPANY, LLC,<br><br>Also doing business as McLean Breweries,<br><br>Debtor and debtor in possession | Case No. 15-31480<br><br>Chapter 11<br><br>**DECLARATION OF JOHN-PATRICK M. FRITZ, ESQ. IN SUPPORT OF DEBTOR'S EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS:**<br><br>**(I) AUTHORIZING DEBTOR TO USE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363;**<br>**(II) GRANTING ADEQUATE PROTECTION TO PRE-PETITION SECURED CREDITORS PURSUANT TO 11 U.S.C. §§ 361, 363, AND 507;**<br>**(III) SCHEDULING A FINAL HEARING PURSUANT TO FED.R.BANKR.P. 4001(B); AND**<br>**(IV) GRANTING RELATED RELIEF**<br><br>DATE: December 2, 2015<br>TIME: 9:30 a.m.<br>PLACE: U.S. Bankruptcy Court<br>235 Pine Street, 19th Floor, Courtroom 22<br>San Francisco, CA 94104<br>JUDGE: The Hon. Dennis Montali |

1

1    I, John-Patrick M. Fritz, hereby declare as follows:

2    1.    I am over the age of eighteen. I have personal knowledge of the facts set forth

3    herein, and, if called to testify, would and could testify competently with respect thereto.

4    2.    I am an attorney at Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB"),

5

6    proposed bankruptcy counsel to Magnolia Brewing Company, LLC (also doing business as

7    McLean Breweries) (the "Debtor"), the chapter 11 debtor and debtor in possession in the above-

8    captioned bankruptcy case. I am licensed to practice law in the State of California and before

9    this Court.

10   3.    I make this declaration in support of the *Debtor's Emergency Motion for, and*

11   *Memorandum of Points and Authorities in Support of, Entry of Interim and Final Orders: (I)*

12
     *Authorizing Debtor to Use Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate*
13
     *Protection to Pre-Petition Secured Creditors Pursuant to 11 U.S.C. §§ 361, 363, and 507; (III)*
14
15   *Scheduling a Final Hearing Pursuant to Fed.R.Bankr.P. 4001(b); and (IV) Granting Related*

16   *Relief* (the "Motion").

17   4.    I am informed and advised by the Debtor that it is a limited liability company

18   formed in the State of California.

19
     5.    I am informed and advised by the Debtor that it acquired the assets of McLean
20
     Breweries, Inc., a California corporation, through a merger and acquisition by the Debtor.
21

22   6.    LNBYB obtained copies of financing statements recorded with the California

23   Secretary of State's office for the Debtor pursuant to a search report dated November 16, 2015

24   (collectively, the "UCC Financing Statements"). A true and correct copy of the search report of

25   the UCC Financing Statements recorded in California and each of the UCC Financing

26   Statements are collectively attached hereto as **Exhibit "1."**

27

28

7. I have reviewed the UCC Financing Statements and discussed them with the Debtor's designated estate representative. Based on that review, a brief summary of the active filings with respect to the Debtor follows.

8. **Union Bank, N.A. (as against Magnolia Brewing Company, LLC)**: Union Bank has one active financing statement dated August 22, 2013 (filing number 13-7374726767), which purports to cover all property and assets of the Debtor.

9. **OBDC Small Business Finance (as against Magnolia Brewing Company, LLC)**: OBDC Small Business Finance has one active financing statement dated September 23, 2014 (filing number 14-7429511266), which purports to cover all property and assets of the Debtor.

10. **Fora Financial West, LLC (as against McLean Breweries, Inc.)**: Fora Financial West, LLC has one active financing statement dated June 24, 2014 (filing number 14-7417110905), which purports to cover all accounts, chattel paper, general intangibles, and instruments of the Debtor.

11. **Yellowstone Capital West, LLC (as against McLean Breweries, Inc.)**: Yellowstone Capital West, LLC has two active financing statements, as described below:

a. *July 3, 2013*: A financing statement (filing number 13-7367926731), which purports to cover all property and assets of the Debtor. I am informed and advised by the Debtor that the Debtor does not owe any money to Yellowstone Capital West, LLC, despite the fact that the UCC-1 financing statement has not been terminated.

b. *November 12, 2013*: A financing statement (filing number 13-7386249235), which purports to cover all property and assets of the Debtor. I am informed and advised by the Debtor that the Debtor does not owe any money to Yellowstone Capital West, LLC, despite the fact that the UCC-1 financing statement has not been terminated.

12. **Corporation Service Company, as Representative (as against McLean Breweries, Inc.)**: "Corporation Service Company, as Representative" has two active financing statements, as described below:

   a. *October 21, 2014*: A financing statement (filing number 13-7433201681), which purports to cover all property and assets of the Debtor. I am informed and advised by the Debtor that the Debtor does not know what secured debt, if any, this relates to.

   b. *October 16, 2015*: A financing statement (filing number 15-7490356808), which purports to cover all property and assets of the Debtor. I am informed and advised by the Debtor that the Debtor does not know what secured debt, if any, this relates to.

13. **ACH Capital LLC as agent for Cap Call LLC (as against McLean Breweries, Inc.)**: ACH Capital LLC as agent for Cap Call LLC has one active financing statement dated March 13, 2015 (filing number 15-7454702722), which purports to cover all assets and property of the Debtor. I am informed and advised by the Debtor that the Debtor does not owe any money to ACH Capital LLC as agent for Cap Call LLC despite the fact that the UCC-1 financing statement has not been terminated.

14. **Employment Development Department (as against McLean Breweries, Inc.)**: The Employment Development Department has two active financing statements, as described below:

   a. *August 31, 2015*: A financing statement (filing number 15-7482790538), which purports to cover all property and assets of the Debtor.

   b. *September 25, 2015*: A financing statement (filing number 15-7486904610), which purports to cover all property and assets of the Debtor.

15. The foregoing is provided for information purposes only. Nothing contained herein is intended to be, and nothing contained herein shall be, construed or interpreted as the

4

provision of any legal opinion by the declarant or LNBYB, or acknowledgement by the Debtor, regarding the validity, priority and extent of any liens asserted by any of the Debtor's creditors against the Debtor or otherwise. The rights of the Debtor and all of its creditors with respect to the claims, liens and interests asserted by such creditors are fully preserved.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 30th day of November 2015, at Los Angeles, California.

JOHN-PATRICK M. FRITZ

**Exhibit 1**


**DIY Search™**

Do It Yourself Doesn't Mean Do It Alone!

Call CLAS For Assistance: 800.952.5696

## UCC Search Report

**Type of Search :** UCCs, Federal Tax Liens, State Tax Liens, and Judgments

**Jurisdiction/Filing Office :** State of California, Secretary of State Uniform Commercial Code Division

**Effective Index Date :** Nov. 5, 2015

**Subject Search Name :** Not Entered

**Search Key Entered :** MCLEANBREWERIESINC

## Results

Based on a search of the indices of the Uniform Commercial Code Division of the Secretary of State of California, there are no active liens of record other than those set out below. Liens reflected in this report were based on the searcher's individual search parameters, the search key entered, as well as the searcher's choice of the liens ultimately included or excluded herein.
**Certification can only be obtained through the office of the California Secretary of State.**

**1. Federal Tax Lien**

**Document No. :** 20057029821741      **LAPSED: 7/8/2015**

     **Filed :** 6/8/2005

     **Debtor :** MCLEAN BREWERIES INC , A CORPORATION
               1398 HAIGHT ST
               SAN FRANCISCO CA 94117

     **Secured Party:** IRS / OAKLAND
               1301 CLAY ST., STE 1000 S
               OAKLAND CA 94612

     **Amendment Type :** Termination
               **File No. :** 201373779286
               **Filed :** 9/13/2013

**2. State Tax Lien**

**Document No. :** 20057042413167      **LAPSED: 9/19/2015**

     **Filed :** 9/19/2005

     **Debtor :** MAGNOLIA PUB & BREWERY
               1398 HAIGHT ST
               SAN FRANCISCO CA 94117

     **Debtor :** MCLEAN BREWERIES, INC.
               1398 HAIGHT ST
               SAN FRANCISCO CA 94117

     **Secured Party:** EMPLOYMENT DEVELOPMENT DEPARTMENT
               PO BOX 826880
               SACRAMENTO CA 94280-0001

     **Amendment Type :** Termination
               **File No. :** 200871647638
               **Filed :** 7/8/2008

**3. State Tax Lien**

**Document No. :** 20067093464544      **Lapses:** 11/22/2016

     **Filed :** 11/22/2006

**Debtor :** MAGNOLIA PUB & BREWERY
1398 HAIGHT ST
SAN FRANCISCO CA 94117

**Debtor :** MCLEAN BREWERIES, INC.
1398 HAIGHT ST
SAN FRANCISCO CA 94117

**Secured Party:** EMPLOYMENT DEVELOPMENT DEPARTMENT
PO BOX 826880
SACRAMENTO CA 94280-0001

**Amendment Type :** Termination
**File No. :** 200871647633
**Filed :** 7/8/2008 5:00:00 PM

## 4. State Tax Lien

**Document No. :** 20077140000837                    **Lapses:** 12/10/2017

**Filed :** 12/10/2007

**Debtor :** MAGNOLIA PUB & BREWERY
1398 HAIGHT ST
SAN FRANCISCO CA 94117

**Debtor :** MCLEAN BREWERIES, INC.
1398 HAIGHT ST
SAN FRANCISCO CA 94117

**Secured Party:** EMPLOYMENT DEVELOPMENT DEPARTMENT
PO BOX 826880
SACRAMENTO CA 94280

**Amendment Type :** Termination
**File No. :** 200871647635
**Filed :** 7/8/2008 5:00:00 PM

## 5. Federal Tax Lien

**Document No. :** 20087148685906                    **Lapses:** 3/27/2018

**Filed :** 2/25/2008

**Debtor :** MCLEAN BREWERIES INC DBA MAGNOLIA PUB & BREWERY , A CORPORATION
1398 HAIGHT ST
SAN FRANCISCO CA 94117

**Secured Party:** IRS/OHIO
P.O. BOX 145595
CINCINNATI OH 45250

**Amendment Type :** Termination
**File No. :** 201373779293
**Filed :** 9/13/2013

## 6. State Tax Lien

**Document No. :** 20107245508092                    **Lapses:** 9/17/2020

**Filed :** 9/17/2010

**Debtor :** MAGNOLIA PUB & BREWERY
1398 HAIGHT ST
SAN FRANCISCO CA 94117

**Debtor :** MCLEAN BREWERIES, INC.
1398 HAIGHT ST
SAN FRANCISCO CA 94117

**Secured Party:** EMPLOYMENT DEVELOPMENT DEPARTMENT
PO BOX 826880
SACRAMENTO CA 94280

**Amendment Type :** Termination
**File No. :** 201273169201
**Filed :** 6/11/2012

## 7. Federal Tax Lien

**Document No. :** 20117268302636                    **Lapses:** 5/27/2021

**Filed :** 4/27/2011

**Debtor :** MCLEAN BREWERIES INC, A CORPORATION DBA MAGNOLIA PUB & BREWERY
1398 HAIGHT ST
SAN FRANCISCO CA 94117

**Secured Party:** IRS/OHIO
P.O. BOX 145595
CINCINNATI OH 45250

**Amendment Type :** Termination
**File No. :** 201373779315
**Filed :** 9/13/2013

## 8. UCC Financing Statement

**Document No. :** 20137367926731      **Lapses:** 7/3/2018

**Filed :** 7/3/2013

**Debtor :** MAGNOLIA PUB & BREWERY
1398 HAIGHT ST
SAN FRANCISCO CA 94117

**Debtor :** MCLEAN BREWERIES, INC.
1398 HAIGHT ST
SAN FRANCISCO CA 94117

**Secured Party:** YELLOWSTONE CAPITAL WEST LLC
25 DEERWOOD DRIVE
BUFFALO NY 14221

## 9. UCC Financing Statement

**Document No. :** 20137386249235      **Lapses:** 11/12/2018

**Filed :** 11/12/2013

**Debtor :** MAGNOLIA PUB & BREWERY
1398 HAIGHT STREET
SAN FRANCISCO CA 94117

**Debtor :** MCLEAN BREWERIES, INC.
1398 HAIGHT STREET
SAN FRANCISCO CA 94117

**Secured Party:** YELLOWSTONE CAPITAL WEST LLC
25 DEERWOOD DRIVE
BUFFALO NY 14221

## 10. UCC Financing Statement

**Document No. :** 20147417110905      **Lapses:** 6/24/2019

**Filed :** 6/24/2014

**Debtor :** MAGNOLIA PUB & BREWERY
1398 HAIGHT ST
SAN FRANCISCO CA 94117

**Debtor :** MCLEAN BREWERIES INC.
1398 HAIGHT ST
SAN FRANCISCO CA 94117

**Secured Party:** FORA FINANCIAL WEST, LLC
242 W 36TH STREET
NEW YORK NY 10018

## 11. UCC Financing Statement

**Document No. :** 20147433201681      **Lapses:** 10/21/2019

**Filed :** 10/21/2014

**Debtor :** MCLEAN BREWERIES, INC
1398 HAIGHT ST
SAN FRANCISCO CA 94117

**Secured Party:** CORPORATION SERVICE COMPANY, AS REPRESENTATIVE
P.O. BOX 2576 UCCSPREP@CSCINFO.COM
SPRINGFIELD IL 62708

## 12. UCC Financing Statement

**Document No. :** 20157454702722      **Lapses:** 3/13/2020

**Filed :** 3/13/2015

**Debtor :** MCLEAN BREWERIES, INC.
1398 HAIGHT STREET
SAN FRANCISCO CA 94117

**Secured Party:** ACH CAPITAL LLC AS AGENT FOR CAP CALL LLC

**13. State Tax Lien**

**Document No. :** 20157482790538          **Lapses:** 8/31/2025

          **Filed :** 8/31/2015

          **Debtor :** MAGNOLIA PUB & BREWERY
                    1398 HAIGHT ST
                    SAN FRANCISCO  CA  94117

          **Debtor :** MCLEAN BREWERIES, INC.
                    1398 HAIGHT ST
                    SAN FRANCISCO  CA  94117

    **Secured Party:** EMPLOYMENT DEVELOPMENT DEPARTMENT
                    PO BOX 826880
                    SACRAMENTO  CA  94280

**14. State Tax Lien**

**Document No. :** 20157486904610          **Lapses:** 9/25/2025

          **Filed :** 9/25/2015

          **Debtor :** MAGNOLIA PUB & BREWERY
                    1398 HAIGHT ST
                    SAN FRANCISCO  CA  94117

          **Debtor :** MCLEAN BREWERIES, INC.
                    1398 HAIGHT ST
                    SAN FRANCISCO  CA  94117

    **Secured Party:** EMPLOYMENT DEVELOPMENT DEPARTMENT
                    PO BOX 826880
                    SACRAMENTO  CA  94280

**15. UCC Financing Statement**

**Document No. :** 20157490356808          **Lapses:** 10/16/2020

          **Filed :** 10/16/2015

          **Debtor :** MAGNOLIA PUB & BREWERY
                    1398 HAIGHT ST
                    SAN FRANCISCO  CA  94117

          **Debtor :** MCLEAN BREWERIES INC.
                    1398 HAIGHT ST
                    SAN FRANCISCO  CA  94117

          **Debtor :** MCLEAN, DAVID
                    145 ALMA ST
                    SAN FRANCISCO  CA  94117

    **Secured Party:** CORPORATION SERVICE COMPANY, AS REPRESENTATIVE
                    P.O. BOX 2576, UCCSPREP@CSCINFO.COM
                    SPRINGFIELD  IL  62708

We assume no liability with respect to the identity of any party named or referred to in this report, nor with respect to the validity, legal effect or priority of any matter shown herein; nor, due to our inability to independently verify the accuracy of this data as provided by government and other sources, do we make any guaranty or representation as to its accuracy.

**---------- END OF REPORT ----------**

#### Report Parameters

The UCC Revised Article 9 Model Administrative Rules (MARS) provide state filing offices with a set of guidelines for producing a legally compliant UCC lien search report. The search tool used to create this search report was designed to satisfy the requirements under MARS while providing the searcher with increased flexibility.

Flexible search logic generates a more inclusive search report and addresses the inconsistencies in searches performed within states that did not effectively adopt the MARS guidelines. Further, these specially designed broad-based searching features aid in the location of involuntary liens such as Federal and State Tax Liens and Judgment Liens and liens that may not be located in state databases limited to the MARS guidelines for the reporting of UCCs.

Recording Requested By Internal Revenue
Service. When recorded mail to:

INTERNAL REVENUE SERVICE
1301 CLAY ST #1400-S
OAKLAND, CA 94612

**05-7029821741**

**06/08/2005 17:00**



FILED
CALIFORNIA
SECRETARY OF STATE
SOS

3918450004    UCC 1 FILING

For Optional Use by Recording Office

| **Form 668 (Y)(c)** | 1872 Department of the Treasury - Internal Revenue Service |
|---|---|
| (Rev. February 2004) | **Notice of Federal Tax Lien** |

Area: SMALL BUSINESS/SELF EMPLOYED AREA #13    Serial Number
Lien Unit Phone: (510) 637-2386

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer MCLEAN BREWERIES INC , a Corporation

Residence        1398 HAIGHT ST
                 SAN FRANCISCO, CA

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 12/31/2004 | | 03/21/2005 | 04/20/2015 | 21805.18 |

Place of Filing

SECRETARY OF STATE
SACRAMENTO, CA 94235

Total | $    21805.18

This notice was prepared and signed at ___OAKLAND, CA_____ , on this,
the ___03rd__ day of _June_____, _2005_.

| Signature | Title | |
|---|---|---|
| for JOHN BORCHELT | REVENUE OFFICER (415) 522-4625 | 33-09-1804 |

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)
Form **668(Y)(c)** (Rev. 2-2004)

Recording Requested By Internal Revenue Service. When recorded mail to:

INTERNAL REVENUE SERVICE
PO BOX 145585, STOP 8420G
CINCINNATI, OH 45250-5585

COURT RECORDING INFORMATION:
Liber
n/a
Page
n/a
UCC No.
057029821741
Serial No.
n/a

**1373779286**

**09/13/2013 17:00**



FILED
CALIFORNIA
SECRETARY OF STATE
SOS



39475540014   UCC 3 FILING

For Use by Recording Office

| **Form 668 (Z)** (Rev. 10-2000) | 6788 | Department of the Treasury - Internal Revenue Service **Certificate of Release of Federal Tax Lien** |
|---|---|---|

Area: SMALL BUSINESS/SELF EMPLOYED AREA #7     Serial Number
Lien Unit Phone: (800) 913-6050                                231245805

I certify that the following-named taxpayer, under the requirements of section 6325 (a) of the Internal Revenue Code has satisfied the taxes listed below and all statutory additions. Therefore, the lien provided by Code section 6321 for these taxes and additions has been released. The proper officer in the office where the notice of internal revenue tax lien was filed on   June 08, 2005    is authorized to note the books to show the release of this lien for these taxes and additions.

Name of Taxpayer   MCLEAN BREWERIES INC, a Corporation

Residence        1398 HAIGHT ST
                 SAN FRANCISCO, CA 94117-2909

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 12/31/2004 | 94-3247332 | 03/21/2005 | 04/20/2015 | 21805.18 |

Place of Filing
              SECRETARY OF STATE
              CALIFORNIA                                    Total | $    21805.18
              SACRAMENTO, CA 94235

This notice was prepared and signed at _____OAKLAND, CA_____, on this,
the ___04th_ day of _September_, 2013.

Signature                              Title
         ⌒⌒⌒⌒                          Operations Manager,
                                       Centralized Case Processing-Lien Unit

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Certificate of Release of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)                Form **668 (Z)** (Rev. 10-2000)

Part 1 - RECORDING OFFICE

Recording Requested By
State of California
Employment Development Department

(415) 929-5736

When recorded mail to:

STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT
CENTRAL COLLECTION DIVISION, MIC 92
P.O. BOX 826880
SACRAMENTO, CALIFORNIA ████

# 05-7042413167

## 09/19/2005 17:00



**FILED**

CALIFORNIA
SECRETARY OF STATE

SOS



5148830005    UCC 1 FILING

# NOTICE OF STATE TAX LIEN
(Filed pursuant to Section 7171 of the Government Code)

MCLEAN BREWERIES, INC.
MAGNOLIA PUB & BREWERY

1398 HAIGHT ST
SAN FRANCISCO    CA 94117

| Account No. 438 4944 7 | | SEC OF STATE | Certificate No. W████ | |
| --- | --- | --- | --- | --- |
| **TAX PERIOD** | **TAX** | **PENALTY** | **INTEREST** | **TOTAL** |
| 10/01/04 THRU 12/31/04 | 14,776.41 | 2,190.64 | 514.32 | 17,481.37 |

Interest calculated through    09/07/05

*The Director of the Employment Development Department hereby certifies the above is liable to the State of California for amounts due and required to be paid as determined under the provisions of the Unemployment Insurance Code, the Revenue and Taxation Code, or both.*

THE AMOUNT OF DELINQUENCY ABOVE SET FORTH SHALL BE A LIEN UPON ALL REAL OR PERSONAL PROPERTY AND RIGHTS TO SUCH PROPERTY, INCLUDING ALL AFTER-ACQUIRED PROPERTY AND RIGHTS TO PROPERTY BELONGING TO THE ABOVE NAMED.

Date    09/07/05

At Sacramento, California



The Director of the Employment Development Department has complied with all provisions of the Unemployment Insurance Code in the computation and levy of the amount assessed and has caused this notice of lien to be issued by a duly authorized representative.

By _Johnson_

Authorized Representative
This agency has adopted the use of a facsimile signature as affixed above.

DE 2 ██████████ lifornia Dept of ment F i l e d i n ██████████

Entered: 11/30/15 22:33:59    Page 13 of 42

RECORDING REQUESTED BY:
EMPLOYMENT DEVELOPMENT DEPARTMENT
(866) 564-4228

WHEN RECORDED MAIL TO:
STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT
COLLECTION DIVISION MIC 92G
P.O. BOX 826880
SACRAMENTO, CA 94280-0001

## 08-71647638

## 07/08/2008 17:00





FILED
CALIFORNIA
SECRETARY OF STATE

SOS

17638150014   UCC 3 FILING

# RELEASE OF LIEN IMPOSED UNDER A CERTIFICATE OR NOTICE OF STATE TAX LIEN

CERTIFICATE NO.  W300180421

ACCOUNT NO.  438-4944-7

The Director of the Employment Development Department hereby releases and certifies that there has been released all property from any lien imposed thereon by the filing and recording of that certain Certificate or Notice of Amount of tax, interest, and penalty due under Section 1703 of the Unemployment Insurance Code or Section 7171 of the Government Code from:

MCLEAN BREWERIES, INC.

MAGNOLIA PUB & BREWERY

in the amount of $ _____ 17,481.37 _____ which was recorded on _____ 09/19/05 _____

in volume/page _____ 05-7042413167 _____ of Official Records of the _____ SECRETARY OF STATE _____

THE DIRECTOR OF THE EMPLOYMENT DEVELOPMENT
DEPARTMENT OF THE STATE OF CALIFORNIA HAS CAUSED
THIS RELEASE TO BE ISSUED BY THE DULY AUTHORIZED
REPRESENTATIVE



Dated _____ 06/30/08 _____

This document is produced on a laser printer.

By _____ Johnson _____

Authorized Representative

Case: 15-31480    Doc# 8    Filed: 11/30/15    Entered: 11/30/15 22:33:59    Page 14 of 42

CU-PA029

<table>
<tr><td>

Recording Requested By
State of California
Employment Development Department

(415) 929-5736

When recorded mail to:

STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT
CENTRAL COLLECTION DIVISION, MIC 92
P.O. BOX 826880
SACRAMENTO, CALIFORNIA ▮▮▮▮

</td></tr>
</table>

# 06-7093464544

11/22/2006 17:00



FILED
CALIFORNIA
SECRETARY OF STATE

SOS



10545830017   UCC 1 FILING

# NOTICE OF STATE TAX LIEN
(Filed pursuant to Section 7171 of the Government Code)

MCLEAN BREWERIES, INC.
MAGNOLIA PUB & BREWERY

1398 HAIGHT ST
SAN FRANCISCO   CA 94117

| Account No. 438 4944 7 | | SEC OF STATE | Certificate No. W▮▮▮ | |
|---|---|---|---|---|
| **TAX PERIOD** | **TAX** | **PENALTY** | **INTEREST** | **TOTAL** |
| 10/01/05 THRU 12/31/05 | 31,312.23 | 3,144.22 | 1,750.92 | 36,207.37 |

Interest calculated through    11/07/06

*The Director of the Employment Development Department hereby certifies the above is liable to the State of California for amounts due and required to be paid as determined under the provisions of the Unemployment Insurance Code, the Revenue and Taxation Code, or both.*

THE AMOUNT OF DELINQUENCY ABOVE SET FORTH SHALL BE A LIEN UPON ALL REAL OR PERSONAL PROPERTY AND RIGHTS TO SUCH PROPERTY, INCLUDING ALL AFTER-ACQUIRED PROPERTY AND RIGHTS TO PROPERTY BELONGING TO THE ABOVE NAMED.

Date  11/07/06

At Sacramento, California



The Director of the Employment Development Department has complied with all provisions of the Unemployment Insurance Code in the computation and levy of the amount assessed and has caused this notice of lien to be issued by a duly authorized representative.

By _____

Authorized Representative
This agency has adopted the use of a facsimile signature as affixed above.

RECORDING REQUESTED BY:
EMPLOYMENT DEVELOPMENT DEPARTMENT
(866) 564 4228

WHEN RECORDED MAIL TO:
STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT
COLLECTION DIVISION MIC 92G
P.O. BOX 826880
SACRAMENTO, CA 94280-0001

## 08-71647633

### 07/08/2008 17:00

FILED
CALIFORNIA
SECRETARY OF STATE

SOS

17638150012   UCC 3 FILING

# RELEASE OF LIEN IMPOSED UNDER A CERTIFICATE OR NOTICE OF STATE TAX LIEN

CERTIFICATE NO. ___W063114024___

ACCOUNT NO. ___438-4944-7___

The Director of the Employment Development Department hereby releases and certifies that there has been released all property from any lien imposed thereon by the filing and recording of that certain Certificate or Notice of Amount of tax, interest, and penalty due under Section 1703 of the Unemployment Insurance Code or Section 7171 of the Government Code from:

MCLEAN BREWERIES, INC.

MAGNOLIA PUB & BREWERY

in the amount of $ ___36,207.37___ which was recorded on ___11/22/06___ _____

in volume/page ___06-7093464544___ of Official Records of the ___SECRETARY OF STATE___

THE DIRECTOR OF THE EMPLOYMENT DEVELOPMENT
DEPARTMENT OF THE STATE OF CALIFORNIA HAS CAUSED
THIS RELEASE TO BE ISSUED BY THE DULY AUTHORIZED
REPRESENTATIVE



Dated ___06/30/08___

This document is produced on a laser printer.

By _____

Authorized Representative

DE 2184 REV. 31 (2-07)

This agency has adopted the use of a facsimile signature as affixed above.

CU-PA028

Recording Requested By
State of California
Employment Development Department

(415) 929-5736

When recorded mail to:

STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT
CENTRAL COLLECTION DIVISION, MIC 92
P.O. BOX 826880
SACRAMENTO, CALIFORNIA ▮

**07-7140000837**

**12/10/2007 17:00**



FILED
CALIFORNIA
SECRETARY OF STATE
SOS



15158440014  UCC 1 FILING

# NOTICE OF STATE TAX LIEN
(Filed pursuant to Section 7171 of the Government Code)

MCLEAN BREWERIES, INC.
MAGNOLIA PUB & BREWERY

1398 HAIGHT ST
SAN FRANCISCO    CA 94117

| Account No. 438 4944 7 | | SEC OF STATE | Certificate No. W▮ | |
|---|---|---|---|---|
| **TAX PERIOD** | **TAX** | **PENALTY** | **INTEREST** | **TOTAL** |
| 01/01/06 THRU 03/31/07 | 0.00 | 1,726.56 | 1,606.88 | 3,333.44 |

Interest calculated through    11/30/07

*The Director of the Employment Development Department hereby certifies the above is liable to the State of California for amounts due and required to be paid as determined under the provisions of the Unemployment Insurance Code, the Revenue and Taxation Code, or both.*

THE AMOUNT OF DELINQUENCY ABOVE SET FORTH SHALL BE A LIEN UPON ALL REAL OR PERSONAL PROPERTY AND RIGHTS TO SUCH PROPERTY, INCLUDING ALL AFTER-ACQUIRED PROPERTY AND RIGHTS TO PROPERTY BELONGING TO THE ABOVE NAMED.

Date ___11/30/07___

At Sacramento, California

The Director of the Employment Development Department has complied with all provisions of the Unemployment Insurance Code in the computation and levy of the amount assessed and has caused this notice of lien to be issued by a duly authorized representative.

By _____

Authorized Representative
This agency has adopted the use of a facsimile signature as affixed above.

RECORDING REQUESTED BY:
EMPLOYMENT DEVELOPMENT DEPARTMENT
(866) 564-4228

WHEN RECORDED MAIL TO:
STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT
COLLECTION DIVISION MIC 92G
P.O. BOX 826880
SACRAMENTO, CA 94280-0001

## 08-71647635

07/08/2008 17:00

 FILED
CALIFORNIA
SECRETARY OF STATE
SOS


17638150013  UCC 3 FILING

# RELEASE OF LIEN IMPOSED UNDER A CERTIFICATE OR NOTICE OF STATE TAX LIEN

CERTIFICATE NO.  W073344017

ACCOUNT NO.  438-4944-7

The Director of the Employment Development Department hereby releases and certifies that there has been released all property from any lien imposed thereon by the filing and recording of that certain Certificate or Notice of Amount of tax, interest, and penalty due under Section 1703 of the Unemployment Insurance Code or Section 7171 of the Government Code from:

MCLEAN BREWERIES, INC.

MAGNOLIA PUB & BREWERY

| in the amount of $ | 3,333.44 | which was recorded on | 12/10/07 | |

| in volume/page | 07-7140000837 | of Official Records of the | SECRETARY OF STATE |

THE DIRECTOR OF THE EMPLOYMENT DEVELOPMENT
DEPARTMENT OF THE STATE OF CALIFORNIA HAS CAUSED
THIS RELEASE TO BE ISSUED BY THE DULY AUTHORIZED
REPRESENTATIVE



Dated  06/30/08

By _____

This document is produced on a laser printer.          Authorized Representative

Recording Requested By Internal Revenue
Service. When recorded mail to:

INTERNAL REVENUE SERVICE
PO BOX 145585, STOP 8420G
CINCINNATI, OH 45250-5585

08-7148685906

02/25/2008 17:00

 FILED
CALIFORNIA
SECRETARY OF STATE

SOS

15036130009 UCC 1 FILING

For Optional Use by Recording Office

| Form 668 (Y)(c)<br>(Rev. February 2004) | 3592 Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** |
|---|---|

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br>421206408 |
|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes
(including interest and penalties) have been assessed against the following-named taxpayer. We have made a
demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States
on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional
penalties, interest, and costs that may accrue.

Name of Taxpayer MCLEAN BREWERIES INC , a Corporation
DBA MAGNOLIA PUB & BREWERY

Residence    1398 HAIGHT ST
SAN FRANCISCO, CA 94117-2909

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date
given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 941 | 06/30/2005 | 94-3247332 | 09/19/2005 | 10/19/2015 | 22027.88 |
| 941 | 06/30/2006 | 94-3247332 | 09/18/2006 | 10/18/2016 | 452.17 |
| 941 | 03/31/2007 | 94-3247332 | 07/02/2007 | 08/01/2017 | 40363.36 |
| 941 | 06/30/2007 | 94-3247332 | 09/17/2007 | 10/17/2017 | 32470.49 |

| Place of Filing | | |
|---|---|---|
| SECRETARY OF STATE<br>CALIFORNIA<br>SACRAMENTO, CA 94235 | Total | $    95313.90 |

This notice was prepared and signed at  LOS ANGELES, CA  , on this,
the  11th  day of  February , 2008.

| Signature *K. A. Mitchell*<br>for JEANETTE FARMER | Title<br>REVENUE OFFICER<br>(415) 522-4323 | 27-12-1805 |
|---|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Form **668(Y)(c)** (Rev. 2-2004)
Part 1 - Kept by Recording Office
CAT. NO 60025X

Recording Requested By Internal Revenue Service. When recorded mail to:

INTERNAL REVENUE SERVICE
PO BOX 145585, STOP 8420G
CINCINNATI, OH 45250-5585

COURT RECORDING INFORMATION:
Liber
n/a
Page
n/a
UCC No.
087148685906
Serial No.
n/a

**1373779293**

**09/13/2013 17:00**



FILED
CALIFORNIA
SECRETARY OF STATE

SOS



39475540021    UCC 3 FILING

For Use by Recording Office

| Form 668 (Z) (Rev. 10-2000) | 6788 | Department of the Treasury - Internal Revenue Service **Certificate of Release of Federal Tax Lien** |
|---|---|---|

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 | Serial Number |
|---|---|
| Lien Unit Phone: (800) 913-6050 | 421206408 |

I certify that the following-named taxpayer, under the requirements of section 6325 (a) of the Internal Revenue Code has satisfied the taxes listed below and all statutory additions. Therefore, the lien provided by Code section 6321 for these taxes and additions has been released. The proper officer in the office where the notice of internal revenue tax lien was filed on ___February 25, 2008___ is authorized to note the books to show the release of this lien for these taxes and additions.

Name of Taxpayer    MCLEAN BREWERIES INC, a Corporation
                    DBA MAGNOLIA PUB & BREWERY

Residence           1398 HAIGHT ST
                    SAN FRANCISCO, CA 94117-2909

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 06/30/2005 | 94-3247332 | 09/19/2005 | 10/19/2015 | 22027.88 |
| 941 | 06/30/2006 | 94-3247332 | 09/18/2006 | 10/18/2016 | 452.17 |
| 941 | 03/31/2007 | 94-3247332 | 07/02/2007 | 08/01/2017 | 40363.36 |
| 941 | 06/30/2007 | 94-3247332 | 09/17/2007 | 10/17/2017 | 32470.49 |
| ***** | ********** | ********** | ********** | ********** | ********** |

Place of Filing
                SECRETARY OF STATE
                CALIFORNIA                                  Total  |$      95313.90
                SACRAMENTO, CA 94235

This notice was prepared and signed at ___OAKLAND, CA___ , on this,
the ___04th___ day of ___September___, 2013.

Signature                          Title
                                   Operations Manager,
                                   Centralized Case Processing-Lien Unit

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Certificate of Release of
Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - RECORDING OFFICE

Form 668 (Z) (Rev. 10-2000)

Recording Requested By
State of California
Employment Development Department

(888) 435-4990

When recorded mail to:

STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT
CENTRAL COLLECTION DIVISION, MIC 92
P.O. BOX 826880
SACRAMENTO, CALIFORNIA 94280-0001

## 10-7245508092

### 09/17/2010 17:00



**FILED**
CALIFORNIA
SECRETARY OF STATE
SOS



26363300007   UCC 1 FILING

# NOTICE OF STATE TAX LIEN
(Filed pursuant to Section 7171 of the Government Code)

MCLEAN BREWERIES, INC.
MAGNOLIA PUB & BREWERY

1398 HAIGHT ST
SAN FRANCISCO    CA 94117-2909

| Account No. | 438 4944 7 | | SEC OF STATE | | Certificate No. | W102514059 |

| TAX PERIOD | TAX | PENALTY | INTEREST | TOTAL |
|---|---|---|---|---|
| 10/01/09 THRU 12/31/09 | 16,513.44 | 1,665.34 | 441.21 | 18,619.99 |

Interest calculated through    09/08/10

*The Director of the Employment Development Department hereby certifies the above is liable to the State of California for amounts due and required to be paid as determined under the provisions of the Unemployment Insurance Code, the Revenue and Taxation Code, or both.*

THE AMOUNT OF DELINQUENCY ABOVE SET FORTH SHALL BE A LIEN UPON ALL REAL OR PERSONAL PROPERTY AND RIGHTS TO SUCH PROPERTY, INCLUDING ALL AFTER-ACQUIRED PROPERTY AND RIGHTS TO PROPERTY BELONGING TO THE ABOVE NAMED.

09/08/10

Date _____

At Sacramento, California

The Director of the Employment Development Department has complied with all provisions of the Unemployment Insurance Code in the computation and levy of the amount assessed and has caused this notice of lien to he issued by a duly authorized representative.

By _____

*Authorized Representative*
This agency has adopted the use of a facsimile signature as affixed above.

RECORDING REQUESTED BY:
STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT
(866) 564-4228

WHEN RECORDED MAIL TO:
**STATE OF CALIFORNIA**
**EMPLOYMENT DEVELOPMENT DEPARTMENT**
**LIEN GROUP, MIC 92G**
**PO BOX 826880**
**SACRAMENTO, CA 94280-0001**

## 1273169201
## 06/11/2012 17:00



FILED
CALIFORNIA
SECRETARY OF STATE
SOS



33470690005 UCC 3 FILING

## RELEASE OF LIEN
## IMPOSED UNDER A CERTIFICATE OR NOTICE OF STATE TAX LIEN

CERTIFICATE NO. W102514059

LETTER ID. L0954588800

The Director of the Employment Development Department of the State of California hereby releases and certifies that there has been released all property from any lien imposed thereon by the filing and recording of that certain Certificate or Notice of Amount of tax, penalty, and interest due under Section 1703 of the California Unemployment Insurance Code or Section 7171 of the Government Code from:

MAGNOLIA PUB & BREWERY
MCLEAN BREWERIES, INC.

In the amount of $18,619.99 _____ which was recorded on 09/17/2010 _____

in volume/page 10-7245508092 _____ of Official Records of the Secretary of State _____



THE DIRECTOR OF THE EMPLOYMENT
DEVELOPMENT DEPARTMENT OF THE
STATE OF CALIFORNIA HAS CAUSED
THIS RELEASE TO BE ISSUED BY THE
DULY AUTHORIZED REPRESENTATIVE.

Date: 05/29/2012
This document is produced on a laser printer.

By _____

Authorized Representative
This agency has adopted the use of a
facsimile signature as affixed above.

DE2184 Rev. 4 (2-12)

2121859072_P47_E1

Recording Requested By Internal Revenue
Service. When recorded mail to:

INTERNAL REVENUE SERVICE
PO BOX 145585, STOP 8420G
CINCINNATI, OH 45250-5585

# 11-7268302636

04/27/2011 17:00



FILED
CALIFORNIA
SECRETARY OF STATE
SOS



28790870011 UCC 1 FILING

For Optional Use by Recording Office

| Form 668 (Y)(c) (Rev. February 2004) | 1018 Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** |
|---|---|

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 | Serial Number |
| Lien Unit Phone: (800) 913-6050 | 777611311 |

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer MCLEAN BREWERIES INC, a Corporation
DBA MAGNOLIA PUB & BREWERY

Residence         1398 HAIGHT ST
                  SAN FRANCISCO, CA 94117-2909

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 06/30/2009 | 94-3247332 | 02/21/2011 | 03/23/2021 | 55770.34 |
| 941 | 09/30/2009 | 94-3247332 | 02/21/2011 | 03/23/2021 | 93367.28 |

Place of Filing

        SECRETARY OF STATE
        CALIFORNIA                                    Total | $  149137.62
        SACRAMENTO, CA 94235

This notice was prepared and signed at _____OAKLAND, CA_____ , on this,
the   18th day of April     ,  2011.

| Signature | Title | 27-11-2111 |
| for JOHN BRIERY | REVENUE OFFICER (415) 522-4503 | |

**(NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien

Form 668(Y)(c) (Rev. 2-2004)
Part 1 - Kept By Recording Office
CAT. NO 60025X

Filed: 11/30/15   Entered: 11/30/15 22:33:59   Page 23 of 42

Recording Requested By Internal Revenue Service. When recorded mail to:

INTERNAL REVENUE SERVICE
PO BOX 145585, STOP 8420G
CINCINNATI, OH 45250-5585

COURT RECORDING INFORMATION:
Liber
n/a
Page
n/a
UCC No.
117268302636
Serial No.
n/a

**1373779315**

**09/13/2013 17:00**



FILED
CALIFORNIA
SECRETARY OF STATE
SOS



39473450021   UCC 3 FILING

For Use by Recording Office

| Form 668 (Z) (Rev. 10-2000) | 6788 | Department of the Treasury - Internal Revenue Service **Certificate of Release of Federal Tax Lien** |
|---|---|---|

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 Lien Unit Phone: (800) 913-6050 | Serial Number 777611311 |
|---|---|

I certify that the following-named taxpayer, under the requirements of section 6325 (a) of the Internal Revenue Code has satisfied the taxes listed below and all statutory additions. Therefore, the lien provided by Code section 6321 for these taxes has been released. The proper officer in the office where the notice of internal revenue tax lien was filed on ___April 27, 2011___ is authorized to note the books to show the release of this lien for these taxes and additions.

Name of Taxpayer    MCLEAN BREWERIES INC, a Corporation
DBA MAGNOLIA PUB & BREWERY

Residence          1398 HAIGHT ST
SAN FRANCISCO, CA 94117-2909

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 06/30/2009 | 94-3247332 | 02/21/2011 | 03/23/2021 | 55770.34 |
| 941 | 09/30/2009 | 94-3247332 | 02/21/2011 | 03/23/2021 | 93367.28 |
| *************** | *************** | *************** | *************** | *************** | *************** |

Place of Filing
           SECRETARY OF STATE
           CALIFORNIA
           SACRAMENTO, CA 94235

Total  | $        149137.62

This notice was prepared and signed at _____OAKLAND, CA_____ , on this,
the ___04th___ day of _September_, 2013.

Signature

Title
Operations Manager,
Centralized Case Processing-Lien Unit

(**NOTE**: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Certificate of Release of Federal Tax lien Rev. 71-466, 1971 - 2 C.B. 409)

**Part I - RECORDING OFFICE**

Form **668 (Z)** (Rev. 10-2000)
CAT. NO 600361

## UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Gisella Melendez
800-331-3282

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CT LIEN SOLUTIONS
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 38410210002
FILING NUMBER: 13-7367926731
FILING DATE: 07/03/2013 10:53
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MCLEAN BREWERIES, INC. | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1398 Haight St | San Francisco | CA | 94117 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | Corporation | CA | ☑ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MAGNOLIA PUB & BREWERY | | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1398 Haight St | San Francisco | CA | 94117 | USA |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | Corporation | CA | ☑ NONE |

**3. SECURED PARTY'S NAME (or NAME OF TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Yellowstone Capital West LLC | | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 25 Deerwood Drive | Buffalo | NY | 14221 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All Assets now owned or hereafter acquired and wherever located, including but not limited to, the following subcategories of assets: a. Accounts, including but not limited to, credit card receivables; b. Chattel Paper; c. Inventory; d. Equipment; e. Instruments, including but not limited to, Promissory Notes; f. Investment Property; g. Documents; h. Deposit Accounts; i. Letter of Credits Rights; j. General Intangibles; k. Supporting Obligations; and l. Proceeds and Products of the foregoing. NOTICE PURSUANT TO AN AGREEMENT

BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN, THE FURTHER ENCUMBERING

OF WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH THE SECURED PARTY'S RIGHT BY SUCH ENCUMBRANCER IN THE EVENT THAT ANY ENTITY IS

GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS

A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY.

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**
CA-0-38816121-47575535

FILING OFFICE COPY

## UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER [optional]**<br>Gisella Melendez<br>800-331-3282 | |
| **B. SEND ACKNOWLEDGMENT TO: (Name and Address)**<br>CT LIEN SOLUTIONS<br>2727 ALLEN PARKWAY<br>HOUSTON, TX 77019<br>USA | **DOCUMENT NUMBER: 40309200002**<br>**FILING NUMBER: 13-7386249235**<br>**FILING DATE: 11/12/2013 15:40**<br>**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**<br>**THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY** |

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only **one** debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| **1a. ORGANIZATION'S NAME**<br>McLean Breweries, Inc. | | | | |

OR

| **1b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | | **SUFFIX** |
|---|---|---|---|---|

| **1c. MAILING ADDRESS**<br>1398 Haight Street | **CITY**<br>San Francisco | **STATE**<br>CA | **POSTAL CODE**<br>94117 | **COUNTRY**<br>USA |
|---|---|---|---|---|

| **1d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **1e. TYPE OF ORGANIZATION**<br>Corporation | **1f. JURISDICTION OF ORGANIZATION**<br>CA | **1g. ORGANIZATIONAL ID#, if any**<br>☑ NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| **2a. ORGANIZATION'S NAME**<br>Magnolia Pub & Brewery | | | | |

OR

| **2b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | | **SUFFIX** |
|---|---|---|---|---|

| **2c. MAILING ADDRESS**<br>1398 Haight Street | **CITY**<br>San Francisco | **STATE**<br>CA | **POSTAL CODE**<br>94117 | **COUNTRY**<br>USA |
|---|---|---|---|---|

| **2d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **2e. TYPE OF ORGANIZATION**<br>Corporation | **2f. JURISDICTION OF ORGANIZATION**<br>CA | **2g. ORGANIZATIONAL ID#, if any**<br>☑ NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)** - insert only **one** secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| **3a. ORGANIZATION'S NAME**<br>Yellowstone Capital West LLC | | | | |

OR

| **3b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | | **SUFFIX** |
|---|---|---|---|---|

| **3c. MAILING ADDRESS**<br>25 Deerwood Drive | **CITY**<br>Buffalo | **STATE**<br>NY | **POSTAL CODE**<br>14221 | **COUNTRY**<br>USA |
|---|---|---|---|---|

**4. This FINANCING STATEMENT covers the following collateral:**

All Assets now owned or hereafter acquired and wherever located, including but not limited to, the following subcategories of assets: a. Accounts, including but not limited to, credit card receivables; b. Chattel Paper; c. Inventory; d. Equipment; e. Instruments, including but not limited to, Promissory Notes; f. Investment Property; g. Documents; h. Deposit Accounts; i. Letter of Credits Rights; j. General Intangibles; k. Supporting Obligations; and l. Proceeds and Products of the foregoing. NOTICE PURSUANT TO AN AGREEMENT

BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN, THE FURTHER ENCUMBERING

OF WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH THE SECURED PARTY'S RIGHT BY SUCH ENCUMBRANCER IN THE EVENT THAT ANY ENTITY IS

GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS

A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY.

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

| **6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS** Attach Addendum [if applicable] | **7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)**<br>[ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**
CA-0-40616625-47943960

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME & PHONE OF CONTACT AT FILER [optional] |
|---|
| Corporation Service Company |
| 800-858-5294 |

| B. SEND ACKNOWLEDGMENT TO: (Name and Address) |
|---|
| CORPORATION SERVICE COMPANY |
| 801 ADLAI STEVENSON DRIVE |
| SPRINGFIELD, IL 62703 |
| USA |

**DOCUMENT NUMBER: 43605030002**
**FILING NUMBER: 14-7417110905**
**FILING DATE: 06/24/2014 08:01**
**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
**THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY**

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only **one** debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| McLean Breweries Inc. | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1398 Haight St | San Francisco | CA | 94117 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | Corporation | CA | ☑ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Magnolia Pub & Brewery | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1398 Haight St | San Francisco | CA | 94117 | USA |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | Corporation | CA | ☑ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only **one** secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Fora Financial West, LLC | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 242 W 36th Street | New York | NY | 10018 | USA |

4. This FINANCING STATEMENT covers the following collateral:

"Accounts, chattel paper, general intangibles, and instruments.

Secured Party has purchased future receivables and/or sale proceeds from Debtor. The sale of the future receivables and/or sale proceeds of the Debtor is intended to be a sale and not an assignment for security. Debtor is prohibited from incurring any debt, transferring future receivables or sale proceeds to any other person or granting any security interests in its accounts receivable or other assets until Secured Party has received all amounts due under this Agreement."

5. ALT DESIGNATION: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☑ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

| 8. OPTIONAL FILER REFERENCE DATA |
|---|
| [88409599] |

FILING OFFICE COPY

Case: 15-31480   Doc# 8   Filed: 11/30/15   Entered: 11/30/15 22:33:59   Page 27 of 42

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional)<br>Corporation Service Company<br>800-858-5294 | |
|---|---|
| B. E-MAIL CONTACT AT FILER (optional) | |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address)<br>CORPORATION SERVICE COMPANY<br>801 ADLAI STEVENSON DRIVE<br>SPRINGFIELD, IL 62703<br>USA | **DOCUMENT NUMBER: 45398370002**<br>**FILING NUMBER: 14-7433201681**<br>**FILING DATE: 10/21/2014 08:36**<br><br>**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**<br>**THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY** |

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 1a. ORGANIZATION'S NAME<br>Mclean Breweries, Inc | | | | |
|---|---|---|---|---|---|
| OR | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | 1c. MAILING ADDRESS<br>1398 Haight St | CITY<br>San Francisco | STATE<br>CA | POSTAL CODE<br>94117 | COUNTRY<br>USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | 3a. ORGANIZATION'S NAME<br>Corporation Service Company, as Representative | | | | |
|---|---|---|---|---|---|
| OR | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | 3c. MAILING ADDRESS<br>P.O. Box 2576 uccsprep@cscinfo.com | CITY<br>Springfield | STATE<br>IL | POSTAL CODE<br>62708 | COUNTRY<br>USA |

4. COLLATERAL: This financing statement covers the following collateral:
All rights I now have or may have in the future to the payment of money including, but not limited to: (a) payment for goods sold or leased or for services rendered, whether or not I have earned such payment by performance; and (b) rights to payment arising out of all present and future debt instruments, chattel paper and loans and obligation receivable. The above include any rights and interests (including all liens and security interests), which I may have by law or agreement against any account debtor or obligor of mine.

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative | |
|---|---|---|
| 6a. Check only if applicable and check only one box: | | 6b. Check only if applicable and check only one box: |
| ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | | ☐ Agricultural Lien ☐ Non-UCC Filing |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor | | |

8. OPTIONAL FILER REFERENCE DATA:
[92463380]

**FILING OFFICE COPY**

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Gisella Melendez
800-331-3282

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
CT LIEN SOLUTIONS
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

**DOCUMENT NUMBER: 47742590002**
**FILING NUMBER: 15-7454702722**
**FILING DATE: 03/13/2015 13:46**

**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
**THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME MCLEAN BREWERIES, INC. | | | | | |
|---|---|---|---|---|---|
| OR | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS 1398 haight street | | CITY san francisco | STATE CA | POSTAL CODE 94117 | COUNTRY USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME ACH Capital LLC as agent for Cap Call LLC | | | | | |
|---|---|---|---|---|---|
| OR | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS 11 Broadway, Suite 814 | | CITY New York | STATE NY | POSTAL CODE 10004 | COUNTRY USA |

4. COLLATERAL: This financing statement covers the following collateral:
All assets of the Debtor, now existing and hereafter arising, wherever located.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions)  ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | | 6b. Check only if applicable and check only one box: | |
|---|---|---|---|
| ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility | | ☐ Agricultural Lien  ☐ Non-UCC Filing | |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
CA-0-47163874-49643916

FILING OFFICE COPY

Case: 15-31480  Doc# 8  Filed: 11/30/15  Entered: 11/30/15 22:33:59  Page 29 of 42

RECORDING REQUESTED BY:
STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT
888-745-3886

WHEN RECORDED MAIL TO:
STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT
LIEN GROUP, MIC 92G
PO BOX 826880
SACRAMENTO, CA 94280-0001

**15-7482790538**

**08/31/2015 17:00**

FILED
CALIFORNIA
SECRETARY OF STATE

SOS

50773110018 UCC 1 FILING

## NOTICE OF STATE TAX LIEN

(Filed pursuant to Section 7171 of the Government Code)

MCLEAN BREWERIES, INC.
MAGNOLIA PUB & BREWERY
1398 HAIGHT ST
SAN FRANCISCO, CA 94117-2909

Secretary of State

Letter ID. L0936168640

Certificate No. G001108538

| TAX PERIOD | TAX | PENALTY | INTEREST | TOTAL |
|---|---|---|---|---|
| 01/01/2014 to 09/30/2014 | $79,315.11 | $27,076.22 | $3,239.81 | $109,631.14 |

Interest calculated through 08/19/2015

The Director of the Employment Development Department hereby certifies the above is liable to the State of California for amounts due and required to be paid as determined under the provisions of the California Unemployment Insurance Code, the Revenue and Taxation Code, or both.

THE AMOUNT OF DELINQUENCY ABOVE SET FORTH SHALL BE A LIEN UPON ALL REAL OR PERSONAL PROPERTY AND RIGHTS TO SUCH PROPERTY, INCLUDING ALL AFTER-ACQUIRED PROPERTY AND RIGHTS TO PROPERTY BELONGING TO THE ABOVE NAMED.

Date: 08/19/2015
At Sacramento, California



The Director of the Employment Development Department has complied with all provisions of the California Unemployment Insurance Code in the computation and levy of the amount assessed and has caused this notice of lien to be issued by a duly authorized representative.

Teresa Gage

By _____

Authorized Representative
This agency has adopted the use of a facsimile signature as affixed above.

RECORDING REQUESTED BY
STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT
888-745-3886

WHEN RECORDED MAIL TO:
STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT
LIEN GROUP, MIC 92G
PO BOX 826880
SACRAMENTO, CA 94280-0001

## 15-7486904610

09/25/2015 17:00



FILED
CALIFORNIA
SECRETARY OF STATE

SOS



51166140012 UCC 1 FILING

## NOTICE OF STATE TAX LIEN

(Filed pursuant to Section 7171 of the Government Code)

MCLEAN BREWERIES, INC.
MAGNOLIA PUB & BREWERY
1398 HAIGHT ST
SAN FRANCISCO CA 94117-2909

Secretary of State

Letter ID. L1326347200

Certificate No. G001129357

| TAX PERIOD | TAX | PENALTY | INTEREST | TOTAL |
|---|---|---|---|---|
| 04/01/2014<br>to<br>06/30/2014 | $33,446.26 | $11,000.89 | $1,446.55 | $45,893.70 |

Interest calculated through 09/17/2015

The Director of the Employment Development Department hereby certifies the above is liable to the State of California for amounts due and required to be paid as determined under the provisions of the California Unemployment Insurance Code, the Revenue and Taxation Code, or both.

THE AMOUNT OF DELINQUENCY ABOVE SET FORTH SHALL BE A LIEN UPON ALL REAL OR PERSONAL PROPERTY AND RIGHTS TO SUCH PROPERTY, INCLUDING ALL AFTER-ACQUIRED PROPERTY AND RIGHTS TO PROPERTY BELONGING TO THE ABOVE NAMED.

Date 09/17/2015
At Sacramento, California



The Director of the Employment Development Department has complied with all provisions of the California Unemployment Insurance Code in the computation and levy of the amount assessed and has caused this notice of lien to be issued by a duly authorized representative.

Teresa Gage

By _____

Authorized Representative
This agency has adopted the use of a facsimile signature as affixed above.

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Corporation Service Company
800-858-5294

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703
USA

**DOCUMENT NUMBER: 51489210002**
**FILING NUMBER: 15-7490356808**
**FILING DATE: 10/16/2015 10:04**

**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
**THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit In line 1b, leave all of item 1 blank, check here ⬚ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| McLean Breweries Inc. | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1398 Haight St | San Francisco | CA | 94117 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit In line 2b, leave all of item 2 blank, check here ⬚ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Magnolia Pub & Brewery | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1398 Haight St | San Francisco | CA | 94117 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| P.O. BOX 2576, UCCSPREP@CSCINFO.COM | Springfield | IL | 62708 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
"All Assets that Borrower now owns or hereafter acquires and wherever located, including without limitation:
(i) any and all amounts owing to Borrower now or in the future from any merchant processor(s) processing charges made by customers of Borrower via credit card, debit card or Electronic Benefit Transfer transactions; and
(ii) all other tangible and intangible personal property, including, but not limited to (a) inventory, (b) equipment, (c) investment property, including certificated and uncertificated securities, securities accounts, security entitlements, commodity contracts and commodity accounts, (d) instruments, including promissory notes (e) chattel paper, including tangible chattel paper and electronic chattel paper, (f) documents, (g) letter of credit rights, (h) accounts, including health-care insurance receivables, (i) deposit accounts, (j) commercial tort claims, (k) general intangibles, including payment intangibles and software and (l) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code. The security interest Borrower grants

5. Check only if applicable and check only one box: Collateral is ⬚ held in a Trust (see UCC1Ad, item 17 and Instructions) ⬚ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | | 6b. Check only if applicable and check only one box: |
|---|---|---|
| ⬚ Public-Finance Transaction ⬚ Manufactured-Home Transaction ⬚ A Debtor is a Transmitting Utility | | ⬚ Agricultural Lien ⬚ Non-UCC Filing |

| 7. ALTERNATIVE DESIGNATION (if applicable): ⬚ Lessee/Lessor ⬚ Consignee/Consignor ☑ Seller/Buyer ⬚ Bailee/Bailor ⬚ Licensee/Licensor |
|---|

8. OPTIONAL FILER REFERENCE DATA:
[106814264]

**FILING OFFICE COPY**

Page 2

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because individual Debtor name did not fit, check here ☐

| 9a. ORGANIZATION'S NAME |
| McLean Breweries Inc. |

OR

| 9b. INDIVIDUAL'S SURNAME |
| FIRST PERSONAL NAME |
| ADDITIONAL NAME(S)/INTITAL(S) | SUFFIX |

**DOCUMENT NUMBER: 51489210002**

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME |
| 10b. INDIVIDUAL'S SURNAME |
| McLean |

OR

| INDIVIDUAL'S FIRST PERSONAL NAME |
| David |

| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 145 Alma St | San Francisco | CA | 94117 | USA |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| 11a. ORGANIZATION'S NAME |

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (collateral):
includes all accessions, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto.

Borrower is prohibited from pledging or selling any receivables owing to Borrower now or in the future to any person or entity other than Secured Party."

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing.

15. Name and address of RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

**FILING OFFICE COPY**

Case: 15-31480  Doc# 8  Filed: 11/30/15  Entered: 11/30/15 22:33:59  Page 33 of 42



Do It Yourself Doesn't Mean Do It Alone!

Call CLAS For Assistance: 800.952.5696

## UCC Search Report

| | |
|---|---|
| **Type of Search :** | UCCs, Federal Tax Liens, State Tax Liens, and Judgments |
| **Jurisdiction/Filing Office :** | State of California, Secretary of State Uniform Commercial Code Division |
| **Effective Index Date :** | Nov. 5, 2015 |
| **Subject Search Name :** | Not Entered |
| **Search Key Entered :** | MAGNOLIABREWINGCOMPANYLLC |

## Results

Based on a search of the indices of the Uniform Commercial Code Division of the Secretary of State of California, there are no active liens of record other than those set out below. Liens reflected in this report were based on the searcher's individual search parameters, the search key entered, as well as the searcher's choice of the liens ultimately included or excluded herein.
**Certification can only be obtained through the office of the California Secretary of State.**

### 1. UCC Financing Statement

**Document No. :** 20137374726767      **Lapses:** 8/22/2018

**Filed :** 8/22/2013

**Debtor :** MAGNOLIA BREWING COMPANY, LLC
1398 HAIGHT STREET
SAN FRANCISCO CA 94117-2909

**Secured Party:** UNION BANK, N.A.
PO BOX 30115
LOS ANGELES CA 90030-0115

### 2. UCC Financing Statement

**Document No. :** 20147429511266      **Lapses:** 9/23/2019

**Filed :** 9/23/2014

**Debtor :** DARK STAR, INC.
1398 HAIGHT STREET
SAN FRANCISCO CA 94117

**Debtor :** MAGNOLIA BREWING COMPANY, LLC
2505 THIRD STREET
SAN FRANCISCO CA 94107

**Debtor :** MCLEAN, DAVE
145 ALMA STREET
SAN FRANCISCO CA 94117

**Secured Party:** OBDC SMALL BUSINESS FINANCE
825 WASHINGTON STREET, SUITE 200
OAKLAND CA 94607

We assume no liability with respect to the identity of any party named or referred to in this report, nor with respect to the validity, legal effect or priority of any matter shown herein; nor, due to our inability to independently verify the accuracy of this data as provided by government and other sources, do we make any guaranty or representation as to its accuracy.

**---------- END OF REPORT ----------**

**Report Parameters**

The UCC Revised Article 9 Model Administrative Rules (MARS) provide state filing offices with a set of guidelines for producing a legally compliant UCC lien search report. The search tool used to create this search report was designed to satisfy the requirements under MARS while providing the searcher with increased flexibility.

Flexible search logic generates a more inclusive search report and addresses the inconsistencies in searches performed within states that did not effectively adopt the MARS guidelines. Further, these specially designed broad-based searching features aid in the location of involuntary liens such as Federal and State Tax Liens and Judgment Liens and liens that may not be located in state databases limited to the MARS guidelines for the reporting of UCCs.

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Corporation Service Company
800-858-5294

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703
USA

**DOCUMENT NUMBER: 39119880002**
**FILING NUMBER: 13-7374726767**
**FILING DATE: 08/22/2013 10:47**
**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
**THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY**

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME |
|---|
| Magnolia Brewing Company, LLC |

| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|
| 1398 Haight Street | San Francisco | | CA | 94117-2909 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any | |
|---|---|---|---|---|---|
| | | LimitedLia bilityCompany | CA | 201106610337 | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME |
|---|
| |

| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME |
|---|
| Union Bank, N.A. |

| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| PO Box 30115 | Los Angeles | CA | 90030-0115 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

For value received and in consideration of advances, present and future, and other obligations, debtor hereby grants a security interest in all of the following property:

All present and hereafter acquired personal property including but not limited to all accounts, chattel paper, instruments, contract rights, general intangibles, goods, equipment, inventory, documents, certificates of title, deposit accounts, returned or repossessed goods, fixtures, commercial tort claims, insurance claims, rights and policies, letter of credit rights, investment property, supporting obligations, and the proceeds, products, parts, accessories, attachments, accessions, replacements, substitutions, additions, and improvements of or to each of the foregoing.

5. ALT DESIGNATION: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

| ☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**
[78996604]

FILING OFFICE COPY

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Gisella Melendez
800-331-3282

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
CT LIEN SOLUTIONS
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

**DOCUMENT NUMBER: 44976670002**
**FILING NUMBER: 14-7429511256**
**FILING DATE: 09/23/2014 14:25**

**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
**THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of Item 1 blank, check here ▢ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME MAGNOLIA BREWING COMPANY, LLC | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS 2505 Third Street | CITY San Francisco | STATE CA | POSTAL CODE 94107 | COUNTRY USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of Item 2 blank, check here ▢ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME DARK STAR, INC. | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS 1398 Haight Street | CITY San Francisco | STATE CA | POSTAL CODE 94117 | COUNTRY USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME OBDC Small Business Finance | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS 625 Washington Street, Suite 200 | CITY Oakland | STATE CA | POSTAL CODE 94607 | COUNTRY USA |

4. COLLATERAL: This financing statement covers the following collateral:
First position priority security interest in all personal and fixture property of every kind and nature including all goods (including inventory, equipment and any accessions thereto), instruments (including promissory notes), documents, accounts (including health-care-insurance receivables), chattel paper (whether tangible or electronic), deposit accounts, letter-of-credit rights (whether or not the letter of credit is evidenced by a writing), commercial tort claims, securities and all other investment property, supporting obligations, any other contract rights or rights to the payment of money, insurance claims and proceeds, tort claims, and all general intangibles including all tax refunds, payment intangibles, patents, patent applications, trademarks, trademark applications, trade names, copyrights, copyright applications, software, engineering drawings, service marks, customer lists, goodwill, and all licenses, permits, agreements of any kind or nature pursuant to which Borrower possesses, uses or has authority to possess or use property (whether tangible or intangible) of others or others possess, use or have authority to possess or use property (whether

5. Check only if applicable and check only one box: Collateral is ▢ held in a Trust (see UCC1Ad, item 17 and instructions) ▢ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
▢ Public-Finance Transaction ▢ Manufactured-Home Transaction ▢ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
▢ Agricultural Lien ▢ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ▢ Lessee/Lessor ▢ Consignee/Consignor ▢ Seller/Buyer ▢ Bailee/Bailor ▢ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
CA-0-44995721-49052961

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

| 9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because individual Debtor name did not fit, check here [ ] | | |
|---|---|---|
| **OR** | 9a. ORGANIZATION'S NAME<br>MAGNOLIA BREWING COMPANY, LLC | |
| | 9b. INDIVIDUAL'S SURNAME | |
| | FIRST PERSONAL NAME | |
| | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**DOCUMENT NUMBER: 44976670002**

**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
**THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY**

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | 10a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|---|
| **OR** | 10b. INDIVIDUAL'S SURNAME<br>McLean | | | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME<br>Dave | | | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | | SUFFIX |
| | 10c. MAILING ADDRESS<br>145 Alma Street | CITY<br>San Francisco | | STATE<br>CA | POSTAL CODE<br>94117 | COUNTRY<br>USA |

| 11. [ ] ADDITIONAL SECURED PARTY'S NAME or [ ] ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b) | | | | |
|---|---|---|---|---|
| **OR** | 11a. ORGANIZATION'S NAME | | | |
| | 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (collateral):

tangible or intangible) of Borrower, and all recorded data of any kind or nature, regardless of the medium of recording including all software, writings, plans, specifications and schematics now owned or hereafter acquired, wherever located, and proceeds therefrom.

| 13. [ ] This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT:<br>[ ] covers timber to be cut    [ ] covers as-extracted collateral    [ ] is filed as a fixture filing. | |
|---|---|---|
| 15. Name and address of RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate: | |

17. MISCELLANEOUS:

**FILING OFFICE COPY**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **Declaration Of John-Patrick M. Fritz, Esq. In Support Of Debtor's Emergency Motion For Entry Of Interim And Final Orders: (I) Authorizing Debtor To Use Cash Collateral Pursuant To 11 U.S.C. § 363; (II) Granting Adequate Protection To Pre-Petition Secured Creditors Pursuant To 11 U.S.C. §§ 361, 363, And 507; (III) Scheduling A Final Hearing Pursuant To Fed.R.Bankr.P. 4001(B); And (IV) Granting Related Relief** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 28, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On November 30, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 30, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via email and/or overnight mail as indicated on the attached service list

Via Overnight Mail to:
The Honorable Judge Montali
United States Bankruptcy Court – San Francisco Division
235 Pine Street, 19th Floor
San Francisco, CA 94104

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 30, 2015 | Jason Klassi | /s/ Jason Klassi |
|---|---|---|
| Date | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Case: 15-31480    Doc# 8    Filed: 11/30/15    Entered: 11/30/15 22:33:59    Page 39 of 42

June 2012                                                    F 9013-3.1.PROOF.SERVICE

**15-31480 Notice will be electronically mailed to:**

Ron Bender on behalf of Debtor Magnolia Brewing Company, LLC
rb@lnbyb.com

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

Elisabeth & Robert Rix
Attn: Betsy Rix
118 Comstock Road
Woodside, CA 94062
Phone: (650) 743-3401
E-mail betsyrix@gmail.com

David Reifsnyder & Jeri Beltman
Attn: David Reifsnyder
1246 King Drive
El Cerrito, CA 94530
Phone: (510) 237-8889
E-mail reifsnyder.david@gene.com

Thomas Skibo
30 Ashbury Ter
San Francisco, CA 94117
Phone: (415) 504-6773
E-mail thomasskibo@yahoo.com

BiRite
Attn: Judith Duppman
123 S. Hill Drive
Brisbane, California 94005
Phone: 415-656-0187 ext 341
E-mail jduppman@birite.com

Alfa Laval, Inc.
Attn: Ashok Shrivastava
PO BOX 123227
Dallas, Texas 75312-3227
Phone: 215 443 4293
E-mail ashok.shrivastava@alfalaval.com

Brewers Supply Group
Attn: VERONICA THOMSON
PO Box 74769
Chicago, Illinois 60694-4769
Phone: 952-465-0576
E-mail vthomson@bsgcraft.com

Asia International, Inc.
Attn: Dianne Reyburn-Vigil
851 Burlway Rd
Suite 306
Burlingame, California 94010
Phone: 949-269-2331
E-mail dianne@asiainternationalinc.com

Peter Watler & Daphne Feng
Attn: Peter Watler
235 Berry St. #609
San Francisco, CA 94158
Phone: (415) 235-1911
E-mail pwatler@yahoo.com

Eric Heath
1531 Spring Drive
Wichita, KS 67208
Phone: (415) 572-0088
E-mail p200eric@yahoo.com

LoanMe, Inc.
Attn: Jamil Albeitawi
1900 S. State College Boulevard
Suite 300
Anaheim, CA 92806
Phone: 949-535-7052
E-mail jamil.albeitawi@loanme.com

Kevin Landwehr
Nothing Something
1994 Hayes Street
San Francisco, CA 94117
Phone: (646) 221-9972
E-mail: whatisit@nothingsomething.com

Statco Engineering
Attn: Kris Stover
7595 Reynolds Circle
Huntington Beach, California 92647
Phone: 714-375-6300
E-mail kstover@statco-dsi.com

Country Malt, divsion of Great Western
Malting Co.
Attn: Tara Carrol
2488 Baumann Avenue
San Lorenzo, California 94580
Phone: 360-905-3380
E-mail
tara.carroll@greatwesternmalting.com

Sangeetha Ganesan
2 Maplewood Circle
Newark      DE      19711
Phone: (207) 590-7555
E-mail: sganesan56@gmail.com

Scott Roberts
777 Buena Vista Ave. West
San Francisco, CA 94117
Phone: (415) 602-4865
E-mail sroberts@linkedin.com

Marc Snyder & Emilie Choi
Attn: Marc Snyder
555 4th St. #107
San Francisco, CA 94107
Phone: (917) 749-7315
E-mail msnyder00@yahoo.com

MaltHandling.com, LLC
Attn: Marc Marashi
6355 N. Broadway
Suite 16
Chicago, IL 60660
Phone: 773-888-7718
E-mail marc@malthandling.com

Pooja Ganesan
111 S. 15TH Street
APT 1607
Philadelphia, PA 19102
Phone: (207) 590-7555
E-mail pganesan330@gmail.com

Postcard Communications
Attn: Olga Katsnelson
58 Maiden Lane - 3rd Floor
San Francisco, California 94108
Phone: 415-508-6727
E-mail olga@postcardcomm.com

Branthill Holdings LLC
Attn: Teddy Maufe
1824 Page Street
San Francisco, California 94117
Phone: 00 44 (0) 1328 71024
E-mail branthill.farms@gmail.com

**Secureds**
**Service via overnight mail and/or email**

FORA FINANCIAL WEST, LLC
242 W 36TH STREET
New York, NY 10018
accountspayable@forafinancial.com

ACH CAPITAL LLC
AS AGENT FOR CAP CALL LLC
11 BROADWAY, SUITE 814
New York, NY 10004

CORPORATION SERVICE COMPANY,
AS REPRESENTATIVE
P.O. BOX 2576
UCCSPREP@CSCINFO.COM
Springfield, IL 62708

EMPLOYMENT DEVELOPMENT
DEPARTMENT
PO BOX 826880
Sacramento, CA 94280

IRS / OAKLAND
1301 CLAY ST., STE 1000 S
Oakland, CA 94612

IRS/OHIO
P.O. BOX 145595
Cincinnati, OH 45250

OBDC SMALL BUSINESS FINANCE
825 WASHINGTON STREET, SUITE 200
Oakland, CA 94607

UNION BANK, N.A.
PO BOX 30115
Los Angeles, CA 90030

YELLOWSTONE CAPITAL WEST LLC
25 DEERWOOD DRIVE
Buffalo, NY 14221