RON BENDER (SBN 143364)
J.P. FRITZ (SBN 245240)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYB.COM; JPF@LNBYB.COM

Proposed Attorneys for Chapter 11 Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>MAGNOLIA BREWING COMPANY, LLC,<br><br>also doing business as McLean Breweries,<br><br>Debtor and Debtor in Possession | Case No. 15-31480<br><br>Chapter 11 Case<br><br>**NOTICE OF APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. AS BANKRUPTCY COUNSEL**<br><br>[No Hearing Required Under Bankruptcy Local Rule 9014-1(b)(3)] |

**PLEASE TAKE NOTICE** that Magnolia Brewing Company, LLC (also doing business as McLean Breweries), chapter 11 debtor and debtor in possession in the above-captioned, chapter 11 bankruptcy case (the "Debtor"), has filed an application (the "Application") for Court approval of its employment of Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") as bankruptcy counsel, effective as of November 30, 2015 (which was the date of the Debtor's chapter 11 bankruptcy filing), upon the terms and conditions described in the Application.

As a Debtor in a chapter 11 bankruptcy case, the Debtor requires the services of

bankruptcy counsel. The Debtor has decided that LNBYB is the ideal bankruptcy counsel to represent the Debtor taking into account firm size, experience, skill level and cost. In that regard, the Debtor seeks to employ LNBYB as its bankruptcy counsel, at the expense of the Debtor's bankruptcy estate, and to have the Debtor's employment of LNBYB be deemed effective as of November 30, 2015 (the "Petition Date").

The Debtor seeks to employ LNBYB as its bankruptcy counsel pursuant to 11 U.S.C. § 327(a) with compensation pursuant to 11 U.S.C. §§ 330 and 331 to render, among others, the following types of professional services:

a. advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtor;

b. advising the Debtor with regard to certain rights and remedies of the Debtor's bankruptcy estate and the rights, claims and interests of creditors;

c. representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving the Debtor's bankruptcy estate unless the Debtor is represented in such proceeding or hearing by other special counsel;

d. conducting examinations of witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYB's expertise or which is beyond LNBYB's staffing capabilities;

e. preparing and assisting the Debtor in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash collateral pleadings, financing pleadings, and

pleadings with respect to the Debtor's use, sale or lease of property outside the ordinary course of business;

        f.      representing the Debtor with regard to obtaining use of debtor in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral;

        g.      assisting the Debtor in its asset sale process;

        h.      assisting the Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan; and

        i.      performing any other services which may be appropriate in LNBYB's representation of the Debtor during the Debtor's bankruptcy case.

LNBYB is comprised of attorneys who specialize in and limit their practice to matters of bankruptcy, insolvency, reorganization and commercial litigation and is well qualified to represent the Debtor. LNBYB will bill its time for its representation of the Debtor on an hourly basis in accordance with LNBYB's standard hourly billing rates, which range from $225 to $595. The Debtor expects that Ron Bender, Esq. and John-Patrick M. Fritz, Esq., whose hourly rates are $595 and $490, respectively, will be the attorneys at LNBYB primarily responsible for rendering services in the Debtor's case. LNBYB will seek reimbursement of all of its expenses in accordance with the rates set forth in the guidelines promulgated by the Office of the United States Trustee.

During the one-year period prior to the Petition Date, the Debtor paid the total sum of Ten Thousand Dollars ($10,000.00) to LNBYB for legal services in contemplation of and in

connection with the Debtor's chapter 11 case (the "Retainer"), which Retainer is inclusive of the $1,717.00 chapter 11 bankruptcy filing fee for the Debtor. LNBYB was advised by the Debtor that the source of payment of the Retainer was from the Debtor's funds. LNBYB has not been paid any other money by the Debtor at any other time.

Because of the limited amount of funds the Debtor had available to it to pay LNBYB a larger Retainer, to assist the Debtor to budget its legal fees in this case, the Debtor proposes to pay to LNBYB a monthly retainer payment of $5,000, which LNBYB will maintain in a segregated trust account pending further Court order authorizing the payment of such funds to LNBYB after notice and a hearing. Regardless of the size of the pre-bankruptcy Retainer and any post-petition payments paid to LNBYB by the Debtor, LNBYB will seek Court authority to be paid from the Debtor's estate for any and all post-petition fees incurred and expenses advanced by LNBYB in excess of the pre-bankruptcy Retainer. LNBYB recognizes that the payment of any such additional fees and expenses will be subject to further Court order after notice and a hearing.

As a matter of disclosure only, Todd A. Frealy, a partner of LNBYB, is a panel trustee for the Central District of California (Riverside Division), and Timothy J. Yoo and Edward M. Wolkowitz, partners of LNBYB, are panel trustees for the Central District of California (Los Angeles Division). The Debtor does not anticipate that any of these three gentlemen will provide any services to the Debtor.

**PLEASE TAKE FURTHER NOTICE** that the bases in support of the Application are the Application, the declaration of Ron Bender, Esq. in support of the Application, and this Notice. Any party wishing to receive a copy of the Application and supporting papers may do so by making written request to LNBYB, whose contact information appears in the top left corner of the first page of this Notice.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Local Rule 9014-1(b)(3), any objection to the requested relief or a request for hearing on the matter must be filed and served upon the initiating party within 21 days of mailing the notice. Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position. If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.

In the event of a timely objection or request for hearing, (either): (i) the initiating party will give at least seven (7) days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case; or (ii) the tentative hearing will be January 15, 2016, at 10:00 a.m. in Courtroom 17 on the 16th Floor of the Bankruptcy Courthouse located at 450 Golden Gate Ave., San Francisco, California 94102.

Dated: December 4, 2015         MAGNOLIA BREWING COMPANY, LLC

By: */s/ John-Patrick M. Fritz*
RON BENDER
JOHN-PATRICK M. FRITZ
LEVENE, NEALE, BENDER, YOO
& BRILL L.L.P.
Proposed Attorneys for Chapter 11 Debtor
and Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. AS BANKRUPTCY COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 4, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On December 4, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 4, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Via Overnight Mail to:
The Honorable Dennis Montali
United States Bankruptcy Court – San Francisco Division
235 Pine Street, 19th Floor
San Francisco, CA 94104

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 4, 2015 | Jason Klassi | /s/ Jason Klassi |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**15-31480 Notice will be electronically mailed to:**

Ron Bender on behalf of Debtor Magnolia Brewing Company, LLC
rb@lnbyb.com

David J. Cook on behalf of Creditor Birite Restaurant Supply, Inc.
cook@squeezebloodfromturnip.com

John-Patrick M. Fritz on behalf of Debtor Magnolia Brewing Company, LLC
JPF@LNBYB.com

Lynette C. Kelly on behalf of U.S. Trustee Office of the U.S. Trustee / SF
lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com

Magnolia Brewing Company
MML – updated to match
Court MML as of 12-4-2015

| | | |
|---|---|---|
| ACH CAPITAL LLC<br>AS AGENT FOR CAP CALL LLC<br>11 BROADWAY, SUITE 814<br>New York, NY 10004 | Achadinha Cheese<br>750 Chileno Valley Road<br>Petaluma, CA 94952 | Acme Bread<br>2730 9th St<br>Berkeley, CA 94710 |
| Airgas<br>PO BOX 602792<br>Charlotte, NC 28260-2792 | Alec Moss<br>819 Burns Court<br>Pacifica, CA 94044 | Alfa Laval, Inc.<br>PO BOX 123227<br>Dallas, TX 75312-3227 |
| Amato Architecture<br>1396 Park Avenue<br>Emeryville, CA 94608 | American Industrial Center South, LLC<br>2345 Third Street<br>San Francisco, CA 94107 | Amex<br>Box 0001<br>Los Angeles, CA 90096 |
| Amy Margolis<br>35 Dearborn St.<br>San Francisco, CA 94110 | Andrew Ahlers<br>1701 Jackson St. Apt. 709<br>San Francisco, CA 94109 | Andrew and Emily Perito<br>1 Baker St. Apt. 2A<br>San Francisco, CA 94117 |
| Andrew and Emily Wyckoff<br>218 Amicita Ave.<br>Mill Valley, CA 94941 | Aramark<br>2680 Palumbo Drive<br>Lexington, KY 40509 | ASCAP<br>21678 Network Place<br>Chicago, IL 60673-1216 |
| ASI Administrative Solutions<br>PO BOX 5809<br>Fresno, CA 93755 | Asia International, Inc.<br>851 Burlway Rd<br>Suite 306<br>Burlingame, CA 94010 | Atlas Plumbing and Rooter, Inc.<br>3311 Mission Street<br>Unit 165<br>San Francisco, CA 94110 |
| Auto-Chlor System<br>PO Box 882823<br>San Francisco, CA 94188 | Bay Edge, Inc.<br>1456 Fourth Street<br>Berkeley, CA 94710 | Bedrock Wine Co<br>PO BOX 1826<br>Sonoma, CA 95476 |

| | | |
|---|---|---|
| Belcampo<br>65 Webster St.<br>Oakland, CA 94607 | Benjamin Barton<br>1551 Larimer St. #2701<br>Denver, CO 80202 | Benton's Smoky Mountain<br>Country Hams<br>2603 Highway 411 N<br>Madisonville, TN 37354 |
| Bi-Rite Market<br>3639 18th St.<br>550 Divisadero St.<br>San Francisco, CA 94110 | Biagio<br>857 Estabrook Street<br>San Leandro, CA 94577-3439 | Bio-Cide International<br>2650 Venture Dr.<br>Norman, OK 73069 |
| BiRite<br>Attn: Judith Duppman<br>123 S. Hill Drive<br>Brisbane, CA 94005 | Blue Bottle Coffee<br>300 Webster St<br>Oakland, CA 94607 | BN Ranch<br>3151 Regatta Blvd<br>Richmond, CA 94804 |
| Bodhi Restaurant LLC<br>497 Dolores St. #2<br>San Francisco, CA 94110 | Brad Stephens<br>1896 Pacific Ave, #PH<br>San Francisco, CA 94109 | Branthill Holdings LLC<br>1824 Page Street<br>San Francisco, CA 94117 |
| Bret Okraski<br>4339 E Meadow Dr.<br>Phoenix, AZ 85032 | Brewers Supply Group<br>PO Box 74769<br>Chicago, IL 60694-4769 | Brian Ford<br>711 6th Street<br>Petaluma, CA 94952 |
| Brian May<br>2408 Hale Drive<br>Burlingame, CA 94010 | Bruce Tang<br>84 Whitney St.<br>San Francisco, CA 94131 | Carl Edward Olsen<br>1388 Haight Street<br>San Francisco, CA 94117 |
| Caroline Shin & Sean Pak<br>207 Beach Road<br>Belvedere, CA 94920 | Celebrator Beer News<br>Po Box 844<br>Nevada City, CA 95959 | Charles McDonald<br>894 Sunset Road<br>Winnetka, IL 60093 |
| Chefs Warehouse<br>PO BOX 601154<br>Pasadena, CA 91189-1154 | Chris Noe<br>2691 35th Ave.<br>San Francisco, CA 94116 | Chris Olinger<br>404 SE 78th Ave.<br>Portland, OR 97215 |
| Cleanscapes SF<br>2265 Revere Ave<br>San Francisco, CA 94124 | Cooks Company Produce<br>1942 Jerrold Ave<br>San Francisco, CA 94124 | CORPORATION SERVICE COMPANY,<br>AS REPRESENTATIVE<br>P.O. BOX 2576<br>Springfield, IL 62708 |

| | | |
|---|---|---|
| Country Malt, divsion of Great Western M 2488 Baumann Avenue San Lorenzo, CA 94580 | Ctuit, Inc. 773 San Marin Drive Suite 2320 Novato, CA 94945 | Dale P. Ashlock & Debra J. Holcomb 54 Lurline Street San Francisco, CA 94122 |
| Dark Star 1398 Haight Street San Francisco, CA 94117 | David and Elizabeth Jenson 1565 Sacramento St., Apt. 3 San Francisco, CA 94109 | David McConnville 4 Anders Lane Nashua, NH 03060 |
| David Reifsnyder & Jeri Beltman 1246 King Drive El Cerrito, CA 94530 | Derek Parham 821 Folsom St. Apt. 214 San Francisco, CA 94107 | Dermot Stratton 440 Webster St. San Francisco, CA 94117 |
| Devil's Gulch Ranch PO BOX 557 Nicasio, CA 94946 | DG Langley Farms PO Box 557 Nicasio, CA 94946 | Draft Publishing, LLC 600 University Street Seattle, WA 98101 |
| E.B. Gilmore & Sons 1325 Egbert Avenue San Francisco, CA 94124 | Eldorado Forklift Company PO BOX 1163 San Carlos, CA 94070 | Elisabeth & Robert Rix 118 Comstock Road Woodside, CA 94062 |
| EMPLOYMENT DEVELOPMENT DEPARTMENT PO BOX 826880 Sacramento, CA 94280 | Eric Heath 1531 Spring Drive Wichita, KS 67208 | Eric Pearson 1617 Anamor St. Redwood City, CA 94061 |
| Eric S. Heath 1531 Spring Drive Wichita, KS 67208 | Erich Ziegler 50 Southwood Dr. San Francisco, CA 94112 | FORA FINANCIAL WEST, LLC 242 W 36TH STREET New York, NY 10018 |
| Freightquote.com 1495 Paysphere Circle Chicago, IL 60674 | Gardienne des Vignes PO BOX 5149 Napa, CA 94581 | Georgopoulos & Economidis 235 Montgomery St. San Francisco, CA 94104 |
| Goodlight Natural Candles 3150 18th Street Mailbox #504 San Francisco, CA 94110 | Green Air Supply, Inc. 216 Puyallup Ave #111 Tacoma, WA 98421 | Hobbs' Applewood Smoked Meats 2777 Yulupa Ave Santa Rosa, CA 95405 |

| | | |
|---|---|---|
| Hog Island Oyster Company<br>Hwy 1 Box 829<br>Marshall, CA 94940 | Hops-Meister<br>PO Box 586<br>Corte Madera, CA 94976 | Huntlittlefield<br>2565 Third Street<br>San Francisco, CA 94107 |
| Integrity Air Systems<br>3466 Arden Road<br>Hayward, CA 94540 | Intelligent Window Cleaning<br>2184 Sutter St. #304<br>San Francisco, CA 94115 | Invisible Sentinel<br>3711 Market Street<br>Philadelphia, PA 19104 |
| IRS / OAKLAND<br>1301 CLAY ST., STE 1000 S<br>Oakland, CA 94612 | IRS/OHIO<br>P.O. BOX 145595<br>Cincinnati, OH 45250 | Jacob Farkas and Malia Francisco<br>337 Cypress Ave.<br>Sunnyvale, CA 94085 |
| James Pilchik<br>30 Barry Road<br>Scarsdale, NY 10583 | Jason Rodman Jr.<br>900 Minnesota St. #116<br>San Francisco, CA 94107 | Jay Walsh<br>38A Delmar St.<br>San Francisco, CA 94117 |
| Jen Ippolito<br>52 Church Street<br>New Paltz, NY 12561 | John Hoesley<br>4117 N Hermitage<br>Chicago, IL 60613 | John J. Meharg<br>738 Ashbury St.<br>San Francisco, CA 94117 |
| Jon Rose<br>PO Box 1482<br>El Granada, CA 94018 | Jonathan Levine<br>2700 N Racine Ave<br>Chicago, IL 60614 | Josh Goldstein<br>48 Collins Street<br>San Francisco, CA 94118 |
| Julia Harris Wasserman and Jeff Wasserma<br>1324 East Shore Drive<br>Alameda, CA 94501 | Justin Hughes<br>398 Pennsylvania Ave<br>San Francisco, CA 94104 | Le Sanctuaire LLC<br>1350 Reynolds #109-110<br>Irvine, CA 92614 |
| Leadbetters Bake Shop, LLC<br>2565 3rd St<br>Suite 308<br>San Francisco, CA 94107 | Light Soda<br>2291 Palou Ave.<br>San Francisco, CA 94124-1504 | LoanMe, Inc.<br>1900 S. State College Blvd<br>Suite 300<br>Anaheim, CA 92806 |
| Malcolm McGinnis<br>1745 Oakdell Drive<br>Menlo Park, CA 94025 | MaltHandling.com, LLC<br>6355 N. Broadway<br>Suite 16, attn Rusty Riley<br>Chicago, IL 60660 | Marc Snyder & Emilie Choi<br>555 4th St. #107<br>San Francisco, CA 94107 |

| | | | |
|---|---|---|---|
| 1 | Marin Sun Farms<br>1522 Petaluma Blvd N.<br>Petaluma, CA 94952 | Mark Robertson<br>1 North Road<br>Salisbury, NC 28144 | Martin Bournhonesque<br>814A Potrero Ave<br>San Francisco, CA 94110 |
| 4 | Michael Koenig<br>613 Saint Lawrence Lane<br>Gibsonia, PA 15044 | Michael Laurence<br>863 Waller St. #8<br>San Francisco, CA 94117 | Michael Oiinger<br>890 Girard St.<br>San Francisco, CA 94134 |
| 7 | Michael Roberts<br>301 Montcalm St.<br>San Francisco, CA 94110 | Micromatic<br>Dept CH 19573<br>Palatine, IL 60055-9573 | Murphy Printing<br>424 Bryant St<br>San Francisco, CA 94107 |
| 10 | Nancy Kong<br>170 Park Row, #22A<br>New York, NY 10038 | Navarro Vineyards<br>Box 47<br>Philo, CA 95466 | Nguyen Revita Urabe<br>Partners, LLC<br>175 Bluxome St., Unit 128<br>San Francisco, CA 94107 |
| 13 | Noah J. Rosenkrantz<br>PO Box 537<br>Bristol, RI 02809 | Nothing Something<br>1994 Hayes Street<br>San Francisco, CA 94117 | OBDC SMALL BUSINESS FINANCE<br>825 WASHINGTON STREET,<br>SUITE 200<br>Oakland, CA 94607 |
| 16 | Off The Grid Services, LLC<br>Fort Mason Center<br>San Francisco, CA 94123 | Orchestra Software<br>15220 NW Greenbrier Pkwy<br>Beaverton, OR 97006 | Paul Brown<br>2912 Perry St.<br>Denver, CO 80212 |
| 19 | Paul Jasper<br>38 Bryant Street, #604<br>San Francisco, CA 94105 | Pestec<br>1555 Yosemite Ave<br>#46<br>San Francisco, CA 94124 | Petaluma Farms<br>700 Cavanaugh Lane<br>Petaluma, CA 94952 |
| 22 | Peter Krausa<br>Threshing Tythe Barn, St.<br>Bartholomew's<br>Storehouse, UK GL10 3UR, | Peter Watler & Daphne Feng<br>235 Berry St. #609<br>San Francisco, CA 94158 | Pooja Ganesan<br>111 S. 15TH Street<br>APT 1607<br>Philadelphia, PA 19102 |
| 25 | Postcard Communications<br>58 Maiden Lane - 3rd Floor<br>San Francisco, CA 94108 | Regal Wine Company<br>PO BOX 2160<br>Windsor, CA 95492-2160 | Reliable Plumbing Company<br>Po Box 885351<br>San Francisco, CA 94188 |

| | | |
|---|---|---|
| Richard Brewer-Hay<br>798 Elizabeth Street<br>San Francisco, CA 94114 | Robert Evans<br>3778 20th Street<br>San Francisco, CA 94110 | Roberts Hardware<br>1629 Haight Street<br>San Francisco, CA 94117 |
| Roger Hanney & Associates<br>Po Box 60364<br>Sacramento, CA 95860 | Royal Hawaiian Seafood<br>213 East Harris Ave<br>South San Francisco, CA 94080 | S.S. Steiner Inc.<br>Po Box 9009<br>Yakima, WA 98909-0009 |
| Sangeetha Ganesan<br>2 Maplewood Circle<br>Newark, DE 19711 | Scott Roberts<br>777 Buena Vista Ave. West<br>San Francisco, CA 94117 | Sean Noonan<br>21 Stillman St. Apt. 1<br>San Francisco, CA 94107 |
| Sean Olson<br>870 North Point St., Suite #A<br>San Francisco, CA 94109 | Selerum, Inc.<br>618 S. 8th Street<br>Richmond, CA 94804 | Seltzer Sisters<br>816 Charter St<br>Redwood City, CA 94063-3005 |
| Service Experts<br>280 Frankfort St<br>Daly City, CA 94014 | SF Made<br>926 Howard Street<br>San Francisco, CA 94103 | Sight Glass<br>270 7th Street<br>San Francisco, CA 94103 |
| Sonoma County Poultry<br>PO BOX 140<br>Penngrove, CA 94951-0140 | Southern Wine & Spirits<br>PO BOX 742313<br>Los Angeles, CA 90074-2313 | Spicery LLC<br>372 Bel Marin Keys Blvd<br>Novato, CA 94949 |
| Statco Engineering<br>7595 Reynolds Circle<br>Huntington Beach, CA 92647 | Sutton Cellars<br>PO BOX 15263<br>San Francisco, CA 94115 | The Craft Beer Attorney<br>3914 Murphy Canyon Rd.<br>San Diego, CA 92123 |
| The Henry Wine Group<br>PO BOX 844248<br>Los Angeles, CA 90084-4248 | The Mitzel Group LLP<br>44 Montgomery Street<br>San Francisco, CA 94104 | The Other Brother<br>187 Beaumont Ave<br>San Francisco, CA 94118 |
| Thomas Products-Kentucky<br>5674 Shepherdsville Rd<br>Louisville, KY 40228 | Thomas Skibo<br>30 Ashbury Ter<br>San Francisco, CA 94117 | Trimark Economy Restaurant Fixtures<br>1200 7th Street<br>San Francisco, CA 94107 |

| | | | |
|---|---|---|---|
| 1 | Tyco Integrated Security<br>PO BOX 371967<br>Pittsburgh, PA 15250-7967 | U.S. Pure Water Corp<br>20 Galli Drive<br>Novato, CA 94949 | Uk Brewing Supplies<br>Po Box 5316<br>Lancaster, PA 17606 |
| 4 | UNION BANK, N.A.<br>PO BOX 30115<br>Los Angeles, CA 90030 | Urban Lab Design<br>1270 Nimitz Ave<br>Vallejo, CA 94592 | V&C Foods<br>1736 Fitzgerald Ave<br>San Francisco, CA 94124 |
| 7 | Vegiworks<br>2101 Jerrold Ave<br>San Francisco, CA 94124 | Veritable Vegetable<br>1100 Cesar Chavez St<br>San Francisco, CA 94124-1214 | White Labs<br>9495 Candida St<br>San Diego, CA 92126 |
| 10 | Wine Warehouse<br>PO BOX 45616<br>San Francisco, CA 94145 | YELLOWSTONE CAPITAL WEST LLC<br>25 DEERWOOD DRIVE<br>Buffalo, NY 14221 | Ford Credit<br>PO Box 542000<br>Omaha, NE 68154-8000 |
| 13 | Lee Financial Services<br>2727 E Central Ave<br>Fresno, California 93725 | | |
| 16 | Chief Tax Collection Section<br>Employment Development Section<br>P.O. Box 826203<br>Sacrament, CA 94230-0001 | David J. Cook<br>Cook Collection Attorneys<br>A Professional Law Corporation<br>165 Fell St.<br>San Francisco, CA 94102- | DG Langley Farms<br>PO Box 557<br>Nicasio, CA 94946-0557 |
| 19 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Special Procedures Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Bio-Cide International<br>2650 Venture Dr.<br>Norman, OK 73069-8277 |
| 22 | Birite Restaurant Supply, Inc.<br>Attn: Ken Newell<br>123 South Hill Drive<br>Brisbane, CA 94005-1203 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Lynette C. Kelly<br>U.S. Office of the<br>U.S. Trustee<br>1301 Clay St.<br>Oakland, CA 94612 |
| 25 | Magnolia Brewing Company, LLC<br>1398 Haight St.<br>San Francisco, CA 94117-2909 | Magnolia Brewing Company, LLC<br>DBA Magnolia Pub & Brewery;<br>DBA Smokesta<br>McLean Breweries<br>1398 Haight St.<br>San Francisco, CA 94117-2909 | Office of the U.S. Trustee/SF<br>Office of the U.S. Trustee<br>235 Pine St<br>Suite 700<br>San Francisco, CA 94104-2745 |

```
 1    U.S. Attorney
      Civil Division
 2    450 Golden Gate Ave.
      San Francisco, CA 94102-3661
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```