RON BENDER (State Bar No. 143364)
J.P. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYB.COM; JPF@LNBYB.COM

Proposed Attorneys for Chapter 11 Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>MAGNOLIA BREWING COMPANY, LLC,<br><br>also doing business as McLean Breweries,<br><br>Debtor and Debtor in Possession | Case No.: 15-31480<br><br>Chapter 11 Case<br><br>**DEBTOR'S *EX PARTE* MOTION FOR AN ORDER EXTENDING TIME FOR DEBTOR TO FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS AND OTHER REQUIRED DOCUMENTS**<br><br>[Entry of Order Requested Without a Hearing] |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE:**

Pursuant to Rule 1007(c) of the Federal Rules of Bankruptcy Procedure, Magnolia Brewing Company, LLC (also doing business as McLean Breweries) (the "Debtor"), the chapter 11 debtor and debtor in possession in the above-captioned bankruptcy case, hereby submits this *ex parte* motion (the "Motion") for the entry of an order extending the time within which the Debtor must file its Schedules of Assets and Liabilities (the "Schedules"), Statement of Financial Affairs (the "SOFA"), and any other documents required to be filed in conjunction with the Schedules and SOFA (collectively with the Schedules and SOFA, the "Required Documents"). The Required Documents are currently due on December 14, 2015. By this Motion, the Debtor respectfully requests a one-week extension up to and including December 21, 2015, to file the Required Documents, without prejudice to seeking a further extension should circumstances arise which would necessitate a further extension. The Debtor has requested the entry of an order on an *ex parte* basis because the Debtor believes there is good cause to grant the Motion, an extension will not prejudice any party, and the relief being requested by the Debtor is not controversial and should not be opposed, given the very brief extension of time being requested.

Dated: December 7, 2015                    MAGNOLIA BREWING COMPANY, LLC

By:   */s/ John-Patrick M. Fritz*
         RON BENDER
         JOHN-PATRICK M. FRITZ
         LEVENE, NEALE, BENDER, YOO
              & BRILL L.L.P.
         Proposed Attorneys for Chapter 11 Debtor
         and Debtor in Possession

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. STATEMENT OF FACTS

**A.   Background**

The Debtor filed a voluntary petition under Chapter 11 of 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") on November 30, 2015 (the "Petition Date"). The Debtor continues to operate its business, manage its financial affairs and administer its bankruptcy estate as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

**B.   The Necessity of Additional Time To File The Required Documents.**

Since the Debtor filed for bankruptcy, the Debtor has diligently worked toward complying with its various bankruptcy-related needs and obligations, including obtaining Court authorization to pay pre-petition priority wage claims and use cash collateral to continue to maintain and operate its business as a going concern. The Debtor also met with the United States Trustee on December 4, 2015, for the formation of the official committee of unsecured creditors.

The Debtor is working toward compiling and preparing all of the information that the Debtor is required to compile and prepare and submit to the United States Trustee as a part of the Debtor's administrative compliance obligations (items such as the "Initial Debtor Interview" checklist, real property questionnaires, information regarding the Debtor's insurance policies, employee benefits, and the like). The Debtor may request from the United States Trustee an extension of time to provide these administrative compliance materials, depending on whether the need arises, but the Debtor is working toward providing the administrative compliance materials to the United States Trustee as soon as possible.

The Debtor has started preparing its Required Documents – for example, the Debtor has prepared drafts of its Schedules relating to secured and unsecured creditors. However, given the numerous other above-referenced undertakings that have occupied the Debtor's time, the matters that will occupy the Debtor's time during the next week, along with the Debtor's normal day-to-day operations as affected by the Debtor's transition into Chapter 11, the Debtor requires a short extension of time to finalize its Required Documents. The Debtor submits that the requested

extension will not prejudice any parties because the Required Documents will be filed in advance of the Debtor's 341(a) meeting of creditors, which the Debtor understands is scheduled for January 5, 2016. Requiring the Debtor to file the Required Documents now will likely lead to the incurring of additional administrative costs in later having to amend the Required Documents. The Debtor respectfully submits that under these circumstances, cause exists to afford the Debtor a short one-week extension of time, up to and including December 21, 2015, to prepare and file the Required Documents. A proposed form of order has been lodged concurrently with the filing of this Motion and is attached as Exhibit "1" hereto.

## II.  CAUSE EXISTS TO GRANT AN EXTENSION OF TIME TO FILE THE REQUIRED DOCUMENTS

Section 521 of the Bankruptcy Code requires the debtor to "file a list of creditors, and unless the court orders otherwise, a schedule of assets and liabilities, a schedule of current income and current expenditures, and a statement of the debtor's financial affairs[.]" 11 U.S.C. § 521(a). Pursuant to Federal Rule of Bankruptcy Procedure ("F.R.B.P.") 1007(c), if no extension of time has been granted, the debtor must file its Schedules, SOFA and other Required Documents within fourteen (14) days from the date of the filing of its bankruptcy petition. However F.R.B.P. 1007(c) also provides that an extension of time for the filing of the Schedules, SOFA and other Required Documents may be granted "on motion for cause shown and on notice to the United States Trustee[.]"

Since the petition was filed, the Debtor has been working diligently in addressing Chapter 11 transition issues, filing emergency motions and obtaining interim approval of those motions, and confronting and responding to various demands related to the daily management of the Debtor's financial affairs as a debtor in possession, including its administrative compliance obligations. The Debtor's CFO, John Appel, has almost single-handedly taken responsibility for preparing the Required Documents, assembling other financial and related information necessary to prepare filings with the Court, and complying with the requirements of the United States Trustee, all while continuing to fulfill his day-to-day work obligations as the Debtor transitions into Chapter 11. The Debtor and Mr. Appel are working diligently to compile the information

and documentation necessary for the filing of the numerous items discussed above. A short extension of time will ensure that the Required Documents are accurately and thoroughly prepared.

If the Debtor is forced to file the Required Documents by December 14, 2015, it is likely that the Debtor will have to later supplement, revise and make amendments to the Required Documents, because the Debtor and its bankruptcy counsel will not have the necessary time to review all of the Required Documents to ensure that the Required Documents are thoroughly accurate, detailed, and complete. Thus, the Debtor respectfully submits that its requested extension of time to file the Required Documents is reasonable and appropriate and should be approved by the Bankruptcy Court. The Debtor does not believe that any of its creditors will be prejudiced by the extension of time requested herein. To the contrary, creditors will be benefited by a more efficient administration of this case in the long-run. Based on the foregoing, the Debtor respectfully submits that cause exists for granting the Debtor its requested extension of time to file the Required Documents.

### III. <u>CONCLUSION</u>

Wherefore, the Debtor requests that the Court enter an order extending the deadline by which the Debtor must file its Required Documents, from December 14, 2015 to December 21, 2015.

Dated: December 7, 2015  MAGNOLIA BREWING COMPANY, LLC

By: ___*/s/ John-Patrick M. Fritz*___
RON BENDER
JOHN-PATRICK M. FRITZ
LEVENE, NEALE, BENDER, YOO
 & BRILL L.L.P.
Proposed Attorneys for Chapter 11 Debtor
and Debtor in Possession

**EXHIBIT "1"**

RON BENDER (State Bar No. 143364)
J.P. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYB.COM; JPF@LNBYB.COM

Proposed Attorneys for Chapter 11 Debtor
and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 15-31480 |
| MAGNOLIA BREWING COMPANY, LLC, | Chapter 11 Case |
| also doing business as McLean Breweries, | **ORDER EXTENDING TIME FOR DEBTOR TO FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS AND OTHER REQUIRED DOCUMENTS** |
| Debtor and Debtor in Possession | |
| | [Entry of Order Requested Without a Hearing] |

7

1    The Court, having read and considered the *Debtor's Ex Parte Motion For An Order*
2    *Extending Time For Debtor To File Schedules Of Assets And Liabilities And Statement Of*
3    *Financial Affairs, And Other Required Documents* filed by Magnolia Brewing Company, LLC
4    (also doing business as McLean Breweries) (the "<u>Debtor</u>"), the chapter 11 debtor and debtor in
5    possession in the above-captioned bankruptcy case, pursuant to Rule 1007(c) of the Federal
6    Rules of Bankruptcy Procedure, with good cause appearing, hereby orders as follows:

1. The Motion is granted.
2. The deadline within which the Debtor must filed its Schedules of Assets and Liabilities, Statement of Financial Affairs, and any other documents required to be filed in conjunction therewith, shall be extended to, through and including, December 21, 2015.

**\* End of Order \***

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S *EX PARTE* MOTION FOR AN ORDER EXTENDING TIME FOR DEBTOR TO FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS AND OTHER REQUIRED DOCUMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 7, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On December 7, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 7, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Overnight Mail to:
The Honorable Dennis Montali
United States Bankruptcy Court – San Francisco Division
235 Pine Street, 19th Floor
San Francisco, CA 94104

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 7, 2015 | Jason Klassi | /s/ Jason Klassi |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**15-31480 Notice will be electronically mailed to:**

Ron Bender on behalf of Debtor Magnolia Brewing Company, LLC
rb@lnbyb.com

David J. Cook on behalf of Creditor Birite Restaurant Supply, Inc.
cook@squeezebloodfromturnip.com

John-Patrick M. Fritz on behalf of Debtor Magnolia Brewing Company, LLC
JPF@LNBYB.com

Lynette C. Kelly on behalf of U.S. Trustee Office of the U.S. Trustee / SF
lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com